# OKLAHOMA
## State Courts Network

The information on this page is NOT an official record. Do not rely on the correctness or completeness of this information. Verify all information with the official record keeper. The information contained in this report is provided in compliance with the Oklahoma Open Records Act, 51 O.S. 24A.1. Use of this information is governed by this act, as well as other applicable state and federal laws.

## IN THE DISTRICT COURT IN AND FOR <u>CLEVELAND COUNTY</u>, OKLAHOMA



EXHIBIT
1

Patricia Thompson,
     Plaintiff,

v.

Board Of County Commissioners For Cleveland County,
     Defendant, and

Cleveland County Sheriffs Office,
     Defendant, and

Todd R Gibson,
     Defendant, and

Zackery Andrews,
     Defendant, and

Brian Knapp,
     Defendant, and

Cody Barr,
     Defendant, and

Stacy Shifflett,
     Defendant, and

Stephen Scott,
     Defendant, and

CITY OF NORMAN,
     Defendant, and

City Of Norman Police Department,
     Defendant, and

Keith L. Humphrey,
     Defendant, and

Kyle Canaan,
     Defendant, and

Daniel BROWN,
     Defendant, and

Turn Key Health Clinics Llc,
     Defendant, and

Clayton Rickert,
     Defendant, and

Norman Regional Hospital Authority,
     Defendant, and

Emergency Services Of Oklahoma P C,
     Defendant, and

Steven M Roberts D O,
     Defendant, and

Justin L Holbrook A P R N C N P,
     Defendant.

**No. CJ-2019-71**
**(Civil relief more than $10,000: WRONGFUL DEATH)**

Filed: 01/15/2019

Judge: Tupper, Michael D

# PARTIES

Andrews,  Zackery, Defendant
Barr,  Cody, Defendant
Board Of County Commissioners For Cleveland County, Defendant
BROWN,  Daniel, Defendant
Canaan,  Kyle, Defendant
CITY OF NORMAN, Defendant

City Of Norman Police Department, Defendant
Cleveland County Sheriffs Office, Defendant
Emergency Services Of Oklahoma P C, Defendant
Estate Of Marconia Lynn Kessee, Personal Representative
Gibson,  Todd  R, Defendant
Humphrey,  Keith  L., Defendant
Justin L Holbrook A P R N C N P, Defendant
Knapp,  Brian, Defendant
Norman Regional Hospital Authority, Defendant
Rickert,  Clayton, Defendant
Scott,  Stephen, Defendant
Shifflett,  Stacy, Defendant
Steven M Roberts D O, Defendant
Thompson,  Patricia, Plaintiff
Turn Key Health Clinics Llc, Defendant

# ATTORNEYS

| Attorney | Represented Parties |
| --- | --- |
| Able Commission | |
| Hammons,  Chris (Bar #20233)<br>1332 SW 89TH STREET<br>OKLAHOMA CITY, OK 73159 | Thompson,   Patricia |
| Hicks,  Jason (Bar #22176)<br>1332 SW 89TH STREET<br>OKLAHOMA CITY, OK 73159 | Thompson,   Patricia |

# EVENTS

None

# ISSUES

For cases filed before 1/1/2000, ancillary issues may not appear except in the docket.

**Issue # 1.**    Issue: WRONGFUL DEATH (DEATH)
Filed By:
Filed Date: 01/15/2019

| Party Name | Disposition Information |
| --- | --- |
| | Pending. |

# DOCKET

| Date | Code | Description | Count / Party | Amount |
|------|------|-------------|---------------|--------|
| 01-15-2019 | TEXT | CIVIL RELIEF MORE THAN $10,000 INITIAL FILING. | 1 | |
| 01-15-2019 | DEATH | WRONGFUL DEATH | | |
| 01-15-2019 | DMFE | DISPUTE MEDIATION FEE | | $ 7.00 |
| 01-15-2019 | PFE1 | PETITION<br>Document Available (#1042706456) 📄TIFF    📄PDF | | $ 163.00 |
| 01-15-2019 | PFE7 | LAW LIBRARY FEE | | $ 6.00 |
| 01-15-2019 | OCISR | OKLAHOMA COURT INFORMATION SYSTEM REVOLVING FUND | | $ 25.00 |
| 01-15-2019 | OCJC | OKLAHOMA COUNCIL ON JUDICIAL COMPLAINTS REVOLVING FUND | | $ 1.55 |
| 01-15-2019 | OCASA | OKLAHOMA COURT APPOINTED SPECIAL ADVOCATES | | $ 5.00 |
| 01-15-2019 | SSFCHSCPC | SHERIFF'S SERVICE FEE FOR COURTHOUSE SECURITY PER BOARD OF COUNTY COMMISSIONER | | $ 10.00 |
| 01-15-2019 | CCADMINCSF | COURT CLERK ADMINISTRATIVE FEE ON COURTHOUSE SECURITY PER BOARD OF COUNTY COMMISSIONER | | $ 1.00 |
| 01-15-2019 | CCADMIN0155 | COURT CLERK ADMINISTRATIVE FEE ON $1.55 COLLECTION | | $ 0.16 |
| 01-15-2019 | SJFIS | STATE JUDICIAL REVOLVING FUND - INTERPRETER AND TRANSLATOR SERVICES | | $ 0.45 |
| 01-15-2019 | DCADMIN155 | DISTRICT COURT ADMINISTRATIVE FEE ON $1.55 COLLECTIONS | | $ 0.23 |
| 01-15-2019 | DCADMIN05 | DISTRICT COURT ADMINISTRATIVE FEE ON $5 COLLECTIONS | | $ 0.75 |
| 01-15-2019 | DCADMINCSF | DISTRICT COURT ADMINISTRATIVE FEE ON COURTHOUSE SECURITY PER BOARD OF COUNTY COMMISSIONER | | $ 1.50 |
| 01-15-2019 | CCADMIN04 | COURT CLERK ADMINISTRATIVE FEE ON COLLECTIONS | | $ 0.50 |
| 01-15-2019 | LTF | LENGTHY TRIAL FUND | | $ 10.00 |
| 01-15-2019 | SMF | SUMMONS FEE (CLERKS FEE) | | $ 210.00 |
| 01-15-2019 | EAA | ENTRY OF APPEARANCE**CHRIS HAMMONS, ATTY FOR PLAINTIFF, PATRICIA THOMPSON<br>Document Available (#1042706452) 📄TIFF    📄PDF | | |
| 01-15-2019 | EAA | ENTRY OF APPEARANCE**JASON HICKS ATTY FOR PLAINTIFF, PATRICIA THOMPSON<br>Document Available (#1042706448) 📄TIFF    📄PDF | | |
| 01-15-2019 | TEXT | OCIS HAS AUTOMATICALLY ASSIGNED JUDGE TUPPER, MICHAEL D TO THIS CASE. | | |

| Date | Code | Description | Party |
|------|------|-------------|-------|
| 01-15-2019 | ACCOUNT | RECEIPT # 2019-1054960 ON 01/15/2019. PAYOR: LAIRD, HAMMONS, LAIRD, PLLC TOTAL AMOUNT PAID: $ 442.14. LINE ITEMS: CJ-2019-71: $373.00 ON AC01 CLERK FEES. CJ-2019-71: $6.00 ON AC23 LAW LIBRARY FEE CIVIL AND CRIMINAL. CJ-2019-71: $1.66 ON AC31 COURT CLERK REVOLVING FUND. CJ-2019-71: $5.00 ON AC58 OKLAHOMA COURT APPOINTED SPECIAL ADVOCATES. CJ-2019-71: $1.55 ON AC59 COUNCIL ON JUDICIAL COMPLAINTS REVOLVING FUND. CJ-2019-71: $7.00 ON AC64 DISPUTE MEDIATION FEES CIVIL ONLY. CJ-2019-71: $0.45 ON AC65 STATE JUDICIAL REVOLVING FUND, INTERPRETER SVCS. CJ-2019-71: $2.48 ON AC67 DISTRICT COURT REVOLVING FUND. CJ-2019-71: $25.00 ON AC79 OCIS REVOLVING FUND. CJ-2019-71: $10.00 ON AC81 LENGTHY TRIAL FUND. CJ-2019-71: $10.00 ON AC88 SHERIFF'S SERVICE FEE FOR COURT HOUSE SECURITY. | |
| 01-17-2019 | SMS | SUMMONS RETURNED, SERVED: / CCSO / SHERIFF GIBSON / SUBSTITUTE / 1/16/19 Document Available (#1042707164) 📄TIFF 📄PDF | Gibson, Todd R |
| 01-18-2019 | SMS | FILING RETURN OF SERVICE / SUMMONS PETITION AND ENTRY OF APPEARANCE SERVED CM / CITY OF NORMAN SIGNED JANA R. STERLING 1-16-2019 / CM#7014 1200 0000 4490 1223 Document Available (#1042355797) 📄TIFF 📄PDF | City Of Norman Police Department |
| 01-18-2019 | SMS | FILING RETURN OF SERVICE / SUMMONS PETITION AND ENTRY OF APPEARANCE SERVED CM / BOARD OF COMMISSIONERS / HAROLD HARALSON SIGNED DEBRA KREBBS 1-16-2019 / CM#7017 3040 0000 2291 9548 Document Available (#1042355793) 📄TIFF 📄PDF | Board Of County Commissioners For Cleveland County |
| 01-18-2019 | SMS | FILING RETURN OF SERVICE / SUMMONS PETITION AND ENTRY OF APPEARANCE SERVED CM / BOARD OF COUNTY COMMISSIONERS / DARRY STACY SIGNED DANA JONES 1-16-2019 Document Available (#1042355789) 📄TIFF 📄PDF | Board Of County Commissioners For Cleveland County |

| Date | Code | Description | Party |
|------|------|-------------|-------|
| 01-18-2019 | SMS | FILING RETURN OF SERVICE / SUMMONS PETITION AND ENTRY OF APPEARANCE SERVED CM / CLEVELAND COUNTY BOARD OF COMMISSIONERS / ROD CLEVELAND SIGNED CHRISTIE MONE 1-16-2019 <br> Document Available (#1042355785) ▤TIFF ▤PDF | Board Of County Commissioners For Cleveland County |
| 01-18-2019 | SMS | FILING RETURN OF SERVICE / SUMMONS PETITION AND ENTRY OF APPEARANCE SERVED CM / CLEVELAND COUNTY SHERIFF'S OFFICE SIGNED ? / NO DATE / CM#7017 3040 0000 2291 9517 <br> Document Available (#1042355781) ▤TIFF ▤PDF | Gibson, Todd R |
| 01-18-2019 | SMS | FILING RETURN OF SERVICE / SUMMONS PETITION AND ENTRY OF APPEARANCE SERVED CM / KYLE CANAAN SIGNED ? / NO DATE / CM#7017 3040 0000 2291 9661 <br> Document Available (#1042355777) ▤TIFF ▤PDF | Canaan, Kyle |
| 01-18-2019 | SMS | SUMMONS RETURNED, SERVED / CM / NORMAN REGIONAL HOSPITAL AUTHORITY, A PUBLIC TRUST SIGNED DUSTIN MARR 1-16-2019 / CM#7017 3040 0000 2291 9500 <br> Document Available (#1042355773) ▤TIFF ▤PDF | Norman Regional Hospital Authority |
| 01-18-2019 | SMS | SUMMONS RETURNED, SERVED / CM / CITY OF NORMAN POLICE DEPARTMENT SIGNED ? 1-16-2019 / CM#7017 3040 0000 2291 9531 <br> Document Available (#1042355769) ▤TIFF ▤PDF | City Of Norman Police Department |
| 01-18-2019 | SMS | SUMMONS RETURNED, SERVED / CM / EMERGENCY SERVICES OF OKLAHOMA, PC STAMPED G. PARRISH 1-16-2019 / CM#7017 3040 0000 2291 9623 <br> Document Available (#1042355765) ▤TIFF ▤PDF | Emergency Services Of Oklahoma P C |
| 01-22-2019 | SMS | SUMMONS RETURNED, SERVED/CM / KEITH HUMPHREY / CMGRE CARD SIGNED BY KEITH HUMPHREY /01-17-2019 <br> Document Available (#1042707663) ▤TIFF ▤PDF | |
| 01-22-2019 | SMS | SUMMONS RETURNED, SERVED/CM /TODD R GIBSON/ CM GRE CARD SIGNED BY TODD GIBSON / 01-17-2019 <br> Document Available (#1042707659) ▤TIFF ▤PDF | |