## IN THE DISTRICT COURT OF CLEVELAND COUNTY
### STATE OF OKLAHOMA

(1) **PATRICIA THOMPSON, as Personal**
**Representative of the Estate of**
**MARCONIA LYNN KESSEE**

       **Plaintiff,**

**vs.**

(1) **BOARD OF COUNTY**
**COMMISSIONERS FOR**
**CLEVELAND COUNTY, an**
**Oklahoma Political Subdivision;**

(2) **CLEVELAND COUNTY SHERIFF'S**
**OFFICE, a county law enforcement**
**agency;**

(3) **TODD R. GIBSON, in his official and**
**individual capacities;**

(4) **ZACKERY ANDREWS, an individual;**

(5) **BRIAN KNAPP, an individual;**

(6) **CODY BARR, an individual;**

(7) **STACY SHIFFLETT, an individual;**

(8) **STEPHEN SCOTT, an individual;**

(9) **CITY OF NORMAN, an Oklahoma**
**Municipality;**

(10) **CITY OF NORMAN POLICE**
**DEPARTMENT, a municipal law**
**enforcement agency;**

(11) **KEITH HUMPHREY, in his official**
**and individual capacities;**

(12) **KYLE CANAAN, an individual;**

(13) **DANIEL BROWN, an individual;**

STATE OF OKLAHOMA ⎤ S.S.
CLEVELAND COUNTY ⎦
**FILED** In The
Office of the Court Clerk

JAN 15 2019

In the office of the
Court Clerk MARILYN WILLIAMS

Case No. CJ-2019-71

EXHIBIT
**4**

| | | |
|---|---|---|
| (14) | TURN KEY HEALTH CLINICS, LLC,<br>an Oklahoma Limited Liability<br>Company; | ) ) ) |
| | | ) |
| (15) | CLAYTON RICKERT, an individual, | ) |
| | | ) |
| (16) | NORMAN REGIONAL HOSPITAL<br>AUTHORITY d/b/a NORMAN<br>REGIONAL HOSPITAL,<br>a public trust; | ) ) ) ) |
| | | ) |
| (17) | EMERGENCY SERVICES OF<br>OKLAHOMA, P.C., a Domestic<br>Professional Corporation; | ) ) ) |
| | | ) |
| (18) | STEVEN M. ROBERTS, D.O., an<br>individual; | ) ) |
| | | ) |
| (19) | JUSTIN L. HOLBROOK, A.P.R.N.<br>C.N.P., an individual; | ) ) |
| | | ) |
| | **Defendants.** | ) |

## ENTRY OF APPEARANCE

To the Clerk of this Court and all parties of record:

I hereby enter my appearance as counsel in this case for Plaintiff.

I certify that I am admitted to practice in this Court.

1/15/19
Date

Jason Hicks, OBA# 22176
1332 SW 89th Street
Oklahoma City, OK 73159
Telephone:    (405) 703-4567
Facsimile:    (405) 703-4061
E-mail: jason@lhllaw.com
ATTORNEY FOR PLAINTIFF

2