# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) PATRICIA THOMPSON, as Personal Representative of the Estate of MARCONIA LYNN KESSEE,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>(1) BOARD OF COUNTY COMMISSIONERS FOR CLEVELAND COUNTY, an Oklahoma Political Subdivision; *et al*.,<br><br>　　　　　Defendants. | Case No.: CIV-19-113-SLP |

## DISCLOSURE STATEMENT
## BY DEFENDANT TURN KEY HEALTH CLINICS, LLC

Pursuant to the Federal Rule of Civil Procedure 7.1, **Turn Key Health Clinics, LLC**, a named Defendant in the above-styled cause, makes the following disclosure:

1. Is the party a publicly held corporation or another publicly held entity?

   No.

2. Does the party have any parent corporations?

   No.

3. Is 10% or more of the stock of the party owned by a publicly held corporation or another publicly held entity?

   No.

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of this litigation?

   No.

5.  Is the party a trade association?

No.

Furthermore, pursuant to LCvR 7.1.1, Defendant Turn Key Health Clinics, LLC makes the following disclosure of its members:

1. D. Trent Smith
2. Jesse White
3. Flint Junod
4. Jonathan Echols

Dated this 8th day of February, 2019.

                                                  Respectfully submitted,

*s/ Paulina Thompson*
PAULINA THOMPSON, OBA #31736
JOHNSON, HANAN, VOSLER,
HAWTHORNE & SNIDER
9801 N. Broadway Extension
Oklahoma City, OK 73114
Telephone: (405) 232-6100
Facsimile: (405) 232-6105
E-Mail: pthompson@johnsonhanan.com
*Attorney for Defendants Turn Key Health Clinics, LLC*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on **February 8, 2019**, I electronically transmitted the foregoing document to the Clerk of this Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

| | |
|---|---|
| Chris Hammons | chris@lhllaw.com |
| Jason M. Hicks | jason@lhllaw.com |
| Jessica Dark | JDark@piercecouch.com |
| Randall J. Wood | rwood@piercecouch.com |
| Robert S. Lafferrandre | rlafferrandre@piercecouch.com |

*s/ Paulina Thompson*
Paulina Thompson, OBA #31736