# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1)  PATRICIA THOMPSON, as Personal Representative of the Estate of MARCONIA LYNN KESSEE,  )<br>)<br>)<br>)<br>Plaintiff,  )<br>)<br>vs.  )<br>)<br>(1)  BOARD OF COUNTY COMMISSIONERS FOR CLEVELAND COUNTY, an Oklahoma Political Subdivision; et. al.  )<br>)<br>)<br>)<br>) | Case No.   CIV-19-113-SLP<br><br>*(formerly Cleveland County case no. CJ-2019-71)* |

## JOINT STIPULATION OF DISMISSAL OF DEFENDANTS CLEVELAND COUNTY SHERIFF'S OFFICE AND BOARD OF COUNTY COMMISSIONERS FOR CLEVELAND COUNTY ONLY WITHOUT PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the parties that the Defendant Cleveland County Sheriff's Office and Defendant Board of County Commissioners for Cleveland County *only* are voluntarily dismissed without prejudice. Plaintiff does *not* dismiss any claims against any other parties. As to claims made against Defendant Cleveland County Sheriff's Office and Defendant Board of County Commissioners for Cleveland County *only*, each party shall bear its own costs and attorney fees.

Respectfully submitted,

*s/ Chris Hammons*
Chris Hammons, OBA # 20233
Jason M. Hicks, OBA# 22176
LAIRD HAMMONS LAIRD, PLLC
1332 S.W. 89th Street
Oklahoma City, OK 73159
Telephone:   (405) 703-4567
Facsimile:    (405) 703-4061
E-mail: chris@lhllaw.com
           jason@lhllaw.com

ATTORNEYS FOR PLAINTIFF

*s/ Jessica L. Dark (with permission)*
Robert S. Lafferrandre
Randall J. Wood
Jessica L. Dark
PIERCE COUCH HENDRICKSON
BAYSINGER & GREEN, LLP
Post Office Box 26350
Oklahoma City, Oklahoma 73126
Telephone: (405) 235-1611
Facsimile: (405) 235-2904
Email: rlafferrandre@piercecouch.com
          jdark@piercecouch.com
          rwood@piercecouch.com
*Attorneys for Defendant Board of County Commissioners for Cleveland County, Cleveland County Sheriff's Office, Gibson, Andrews, Knapp, Barr, Shifflett, and Scott*

## CERTIFICATE OF SERVICE

I hereby certify that on February 12, 2019 I filed the attached document with the Clerk of Court. Based on the records currently on file in this case, the Clerk of Court will transmit a Notice of Electronic Filing to those registered participants of the Electronic Case Filing System.

| | |
|---|---|
| Glen D. Huff<br>Robert D. Hoisington<br>FOLIART, HUFF, OTTAWAY & BOTTOM<br>201 Robert S. Kerr Avenue, 12th Floor<br>Oklahoma City, OK 73102<br>Telephone: (405) 232-4633<br>Facsimile: (405) 232-3462<br>glenhuff@oklahomacounsel.com<br>roberthoisington@oklahomacounsel.com<br><br>*Attorneys for Defendant Norman Regional Hospital Authority* | Alexandra G. Ah Loy<br>JOHNSON, HANAN AND VOSLER<br>9801 N. Broadway Extension<br>Oklahoma City, OK 73114<br>(405) 232-6100<br>405) 232-6105<br>aahloy@johnsonhanan.com<br><br>*Attorney for Defendants Turn Key Health Clinics, LLC, and Rickert* |

| | |
|---|---|
| Robert S. Lafferrandre<br>Randall J. Wood<br>Jessica L. Dark<br>PIERCE COUCH HENDRICKSON BAYSINGER & GREEN, LLP<br>Post Office Box 26350<br>Oklahoma City, Oklahoma 73126<br>Telephone: (405) 235-1611<br>Facsimile: (405) 235-2904<br>Email: rlafferrandre@piercecouch.com<br>     jdark@piercecouch.com<br>     rwood@piercecouch.com<br><br>*Attorneys for Defendant Board of County Commissioners for Cleveland County, Cleveland County Sheriff's Office, Gibson, Andrews, Knapp, Barr, Shifflett, and Scott* | CITY OF NORMAN, OKLAHOMA<br>KATHRYN WALKER, INTERIM CITY ATTORNEY<br>Rickey J. Knighton II<br>Jeanne Snider<br>Kristina L. Bell<br>Assistant City Attorneys<br>P.O. Box 370<br>201 West Gray<br>Norman, Oklahoma 73070<br>Rick.Knighton@ci.norman.ok.us<br>Jeanne.Snider@ci.norman.ok.us<br>Kristina.Bell@NormanOK.gov<br><br>*Attorneys for City of Norman, Norman Police Department, Humphrey, Canaan, Brown* |
| Brandon Whitworth<br>Eric S. Loggin<br>RODOLF & TODD<br>15 E. 5th Street, Sixth Floor<br>Tulsa, Oklahoma 74103<br>(918) 295-2100<br>(918) 295-7800 (fax)<br>brandonw@rodolftodd.com<br>Eloggin@rodolftodd.com<br><br>*Attorneys for Defendants Emergency Services of Oklahoma, P.C. a Domestic Professional Corporation* | |

                                        *s/Chris Hammons*
                                        Attorney for Plaintiff