IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) PATRICIA THOMPSON, as Personal Representative of the Estate of MARCONIA LYNN KESSEE,<br><br>        Plaintiff,<br><br>vs.<br><br>(1) NORMAN REGIONAL HOSPITAL AUTHORITY d/b/a NORMAN REGIONAL HOSPITAL, a public trust, et al.,<br><br>        Defendants. | Case No. CIV-19-113-SLP<br><br>JURY TRIAL DEMANDED |

**JOINT MOTION AND**
**BRIEF FOR PROTECTIVE ORDER**

This case relates to the death of Marconia Kessee (Decedent) on January 16, 2018 at the Norman Regional Hospital. Plaintiff has sued numerous Defendants, ranging from law enforcement personnel, jail staff, medical professionals, municipalities, correctional staff, and an elected official. To facilitate the free flow of discovery and for the protection of documents that any party designates as and reasonably believes to be "confidential material," as defined by the proposed Agreed Protective Order, the parties believe a Protective Order is necessary. To this end, the parties have agreed to an Agreed Protective Order, which is being submitted by e-mail to the Court contemporaneously with this Motion, as a proposed Order. The parties respectfully request that the Court approve and enter it. The undersigned is authorized to submit this Motion jointly on behalf of all parties.

Respectfully submitted,

s/ Ambre C. Gooch
Ambre C. Gooch, OBA No. 16586
COLLINS, ZORN & WAGNER, P.C.
429 N.E. 50th Street, 2nd Floor
Oklahoma City, OK 73105-1815
Telephone: (405) 524-2070
Facsimile: (405) 524-2078
E-mail:  acg@czwlaw.com

ATTORNEYS FOR DEFENDANTS
KYLE CANAAN AND DANIEL BROWN

## CERTIFICATE OF SERVICE

I hereby certify that on June 26, 2020, I electronically transmitted this filing to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrant:

Chris Hammons, email at: chris@lhllaw.com
Jason M. Hicks, email at: jason@lhllaw.com
Jonathan Ortwein, email at: jonathan@lhllaw.com
LAIRD HAMMONS LAIRD, PLLC
1332 S.W. 89th Street
Oklahoma City, OK 73159
*Attorneys for Plaintiff*

Paulina Thompson, email at: pthompson@johnsonhanan.com
Sean P. Snider, email at: ssnider@johnsonhanan.com
JOHNSON HANAN VOSLER
HAWTHORNE & SNIDER
9801 N. Broadway Extension
Oklahoma City, OK 73114
*Attorneys for Defendants Turn Key Health Clinics, LLC*
 *and Clayton Rickert*

2

Robert S. Lafferrandre, email at rlafferrandre@piercecouch.com
Jessica L. Dark, email at: jdark@piercecouch.com
Randall J. Wood, email at: rwood@piercecouch.com
Pierce Couch Hendrickson
  Baysinger & Green, L.L.P.
1109 North Francis Avenue
Oklahoma City, OK 73106
*Attorneys for Defendants Todd R. Gibson, in his individual*
  *capacity, Blake Green, in his official capacity,*
  *Zachary Andrews, Brian Knapp, Cody Barr,*
  *Stacy Shifflett and Stephen Scott*

Jeanne M. Snider, email at: Jeanne.snider@ci.norman.ok.us
Kristina L. Bell, email at: Kristina.bell@normanok.gov
Rickey J. Knighton, email at: rick.knighton@ci.norman.ok.us
City of Attorney
City of Norman
P.O. Box 370
Norman, OK 73070
*Attorneys for Defendants City of Norman and Keith Humphrey*

Glen D. Huff, email at: foliartfirm@oklahomacounsel.com
Robert E. Hoisington, email at: roberthoisington@oklahomacounsel.com
Kaitlyn R. Dunn, email at: kaitlyndunn@oklahomacounsel.com
FOLIART HUFF OTTAWAY & BOTTOM
201 Robert S. Kerr Avenue, 12th Floor
Oklahoma City, OK 73102
*Attorneys for Defendant Norman Regional Hospital Authority*
 *d/b/a Norman Regional Hospital*

Brandon C. Whitworth, email at: brandonw@rodolftodd.com
Eric S. Loggin, email at: eloggin@rodolftodd.com
Emily J. Ludiker, email at: emily@rodolftodd.com
RODOLF & TODD
15 E. 5th Street, Sixth Floor
Tulsa, OK 74103-4346
*Attorneys for Defendants Emergency Services of Oklahoma, PC.,*
  *Steven M. Roberts and Justin L. Holbrook*


                                        s/ Ambre C. Gooch
                                        Ambre C. Gooch