IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) PATRICIA THOMPSON, as Personal Representative of the Estate of MARCONIA LYNN KESSEE,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>(1) NORMAN REGIONAL HOSPITAL AUTHORITY d/b/a NORMAN REGIONAL HOSPITAL, a public trust, et al.,<br><br>　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)　Case No. CIV-19-113-SLP<br>)<br>)　JURY TRIAL DEMANDED<br>)<br>)<br>)<br>)<br>) |

**DEFENDANTS' NOTICE TO TAKE VIDEO
DEPOSITION OF MICHAEL WASHINGTON**

You are hereby notified that on the 10th day of December, 2020 at 10:00 a.m., the Defendants will take the deposition of Michael Washington at Instascript via Zoom video conferencing (or similar video conferencing platform). The Court Reporter and Defendants will be located in Oklahoma City at Instascript, located at 125 Park Avenue, LL, Oklahoma City, OK 73102. Plaintiff's counsel and Defense Counsel are invited to appear at this location or to separately appear through the video link that will be circulated to all counsel. The deposition will be taken upon oral examination and by video conference, and it may be recorded by video, before a qualified court reporter and will continue from day to day until completed.

Respectfully submitted,

s/ Ambre C. Gooch
Ambre C. Gooch, OBA No. 16586
COLLINS, ZORN & WAGNER, P.C.

429 N.E. 50th Street, 2nd Floor
Oklahoma City, OK 73105-1815
Telephone:  (405) 524-2070
Facsimile:  (405) 524-2078
E-mail:   acg@czwlaw.com

ATTORNEYS FOR DEFENDANTS
KYLE CANAAN AND DANIEL BROWN

## CERTIFICATE OF SERVICE

I hereby certify that on November 16, 2020, I electronically transmitted this filing to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrant:

Chris Hammons, email at: chris@lhllaw.com
Jason M. Hicks, email at: jason@lhllaw.com
Jonathan Ortwein, email at: jonathan@lhllaw.com
LAIRD HAMMONS LAIRD, PLLC
1332 S.W. 89th Street
Oklahoma City, OK 73159
***Attorneys for Plaintiff***

Paulina Thompson, email at: pthompson@johnsonhanan.com
Sean P. Snider, email at: ssnider@johnsonhanan.com
JOHNSON HANAN VOSLER
HAWTHORNE & SNIDER
9801 N. Broadway Extension
Oklahoma City, OK 73114
***Attorneys for Defendants Turn Key Health Clinics, LLC***
  ***and Clayton Rickert***

Robert S. Lafferrandre, email at rlafferrandre@piercecouch.com
Jessica L. Dark, email at: jdark@piercecouch.com
Randall J. Wood, email at: rwood@piercecouch.com
Pierce Couch Hendrickson
  Baysinger & Green, L.L.P.
1109 North Francis Avenue
Oklahoma City, OK 73106
***Attorneys for Defendants Todd R. Gibson, in his individual***
  ***capacity, Blake Green, in his official capacity,***
  ***Zachary Andrews, Brian Knapp, Cody Barr,***

*Stacy Shifflett and Stephen Scott*

Jeanne M. Snider, email at: Jeanne.snider@ci.norman.ok.us
Rickey J. Knighton, email at: rick.knighton@ci.norman.ok.us
City of Attorney
City of Norman
P.O. Box 370
Norman, OK 73070
***Attorneys for Defendants City of Norman and Keith Humphrey***

Glen D. Huff, email at: foliartfirm@oklahomacounsel.com
Robert E. Hoisington, email at: roberthoisington@oklahomacounsel.com
Kaitlyn R. Dunn, email at: kaitlyndunn@oklahomacounsel.com
FOLIART HUFF OTTAWAY & BOTTOM
201 Robert S. Kerr Avenue, 12th Floor
Oklahoma City, OK 73102
***Attorneys for Defendant Norman Regional Hospital Authority
d/b/a Norman Regional Hospital***

Brandon C. Whitworth, email at: brandonw@rodolftodd.com
Emily J. Ludiker, email at: emily@rodolftodd.com
David A. Russell, email at: drussell@rodolftodd.com
RODOLF & TODD
15 E. 5th Street, Sixth Floor
Tulsa, OK 74103-4346
***Attorneys for Defendants Emergency Services of Oklahoma, PC.,
Steven M. Roberts and Justin L. Holbrook***

                                                      s/ Ambre C. Gooch
                                                      Ambre C. Gooch