```
 1                IN THE UNITED STATES DISTRICT COURT

 2                FOR THE WESTERN DISTRICT OF OKLAHOMA

 3
    (1) PATRICIA THOMPSON, as       )
 4  Personal Representative of the  )
    Estate of MARCONIA LYNN         )
 5  KESSEE,                         )
                                    )
 6        Plaintiff,                )
                                    )
 7  -vs-                            )    No. CIV-19-113-SLP
                                    )
 8  (1) NORMAN REGIONAL HOSPITAL    )
    AUTHORITY d/b/a NORMAN          )
 9  REGIONAL HOSPITAL, a public     )
    trust, et al.,                  )
10                                  )
          Defendants.               )
11

12

13                           * * * * *

14        VIDEOCONFERENCE DEPOSITION OF JARROD TERRY

15            TAKEN ON BEHALF OF THE PLAINTIFF

16               IN OKLAHOMA CITY, OKLAHOMA

17                   ON JANUARY 11, 2021

18               COMMENCING AT 10:39 A.M.

19                           * * * * *

20

21

22                    INSTASCRIPT, L.L.C.
                   125 PARK AVENUE, SUITE LL
23              OKLAHOMA CITY, OKLAHOMA  73102
                         405.605.6880
24                  schedule@instascript.net

25  REPORTED VIA ZOOM BY:  BETH A. McGINLEY, CSR, RPR
```

```
 1   swear in the witness?
 2                     JARROD TERRY,
 3   having been first duly sworn, deposes and says in reply
 4   to the questions propounded as follows:
 5                     *   *   *   *   *   *
 6                        EXAMINATION
 7   BY MR. HICKS:
 8        Q    All right.  Can you hear me okay, Mr. Terry?
 9        A    Yes.
10        Q    Hi, my name is Jason Hicks.  I represent the
11   plaintiffs in this case.  I'm going to ask you a few
12   questions today.  Before we get started --
13        A    Okay.
14        Q    -- could you just state your full name --
15   first, middle, last -- for the record?
16        A    Jarrod Nathaniel Terry.
17        Q    And have you ever given a deposition before?
18        A    No, sir.
19        Q    Okay.  We're going to go through a little bit
20   of some guidelines just to kind of help things go
21   smoothly.
22             First, I don't think we're going to be too
23   long today, but, regardless, you can take a break at any
24   time, just let me know.  The only thing I might ask is,
25   if we're in the middle of a question or a topic of
```

Jarrod Terry
1/11/2021
Page: 16

```
 1     A    I don't know.
 2     Q    Okay.  But you do know that she witnessed the
 3   events that occurred while Mr. Kessee was inside the
 4   waiting room, up until the point he was escorted out?
 5     A    Yes.
 6     Q    Okay.  Did you speak with Ms. Gassaway about
 7   what she and you had witnessed inside the waiting room?
 8     A    Not to my recollection.
 9     Q    Okay.  Did Ms. Gassaway ask you any questions
10   about Mr. Kessee's behavior prior to her coming out to
11   the waiting room?
12     A    No, she was in the waiting room when I was
13   called for the disturbance.  She was the -- she was
14   present before I was.
15     Q    Okay.  When you arrived, then, to the waiting
16   room where Ms. Gassaway was already present, did she
17   have any conversation with you about what she had seen
18   or witnessed prior to you arriving?
19     A    I was trying to ask Mr. Kessee what -- what he
20   needed, if he needed help, if he needed to check in,
21   because I was unaware, at that point, that he had been
22   seen as a patient, so I was trying to ask him the normal
23   questions I would ask anyone under those circumstances:
24   "Have you been seen as a patient?  Are you here to see a
25   patient?  And do you need any help?"
```

1              And he was not really communicating with me at
2   that point, but I saw that he had a -- a snack pack,
3   which indicated to me that they had given him food in
4   the back of the ER -- these are sandwich kits that they
5   give to patients -- and he had an armband on.  And then
6   RN Gassaway came up and waved me over and she said that
7   he had already been seen and had been discharged.
8        Q    Okay.  Describe Mr. Kessee's behavior at the
9   point when RN Gassaway came over to you and said he had
10  already been -- been seen and had been discharged.  What
11  were you observing Mr. Kessee doing?
12       A    He was a- -- he acted as if he was hearing
13  voices, so he would look in one direction or the other.
14  He was kind of mumbling under his breath.  It was all
15  behavior that was indicative of schizophrenia or some
16  mental health issue.
17       Q    Okay.  And we kind of jumped ahead a little
18  bit, but do you have any education with regard to men-
19  -- mental health treatment, anything like that, dealing
20  with people with a mental health issue?
21       A    Not with regard to treatment, but I do have
22  training, which is crisis intervention training, which
23  is in regards to observing and -- and being able to
24  identify possible indicators of mental health issues.
25       Q    And did you use that training, that crisis

```
 1     A     Yeah.  Yes.
 2     Q     And sometimes people can't ask for a doctor;
 3  true?  They're unconscious?
 4     A     Ye- --
 5     Q     They're unable to speak?
 6     A     Yes.
 7     Q     They're mumbling incoherently, for example?
 8     A     (Moved head up and down).
 9     Q     Is that a yes?  I see you shaking.
10     A     That's -- I mean, if people mumble
11  incoherently and they might need a doctor, yeah.
12     Q     Okay.  And you -- you don't have the training
13  to make that determination, do you, as to whether that
14  person might need a doctor?
15     A     No.
16     Q     And it's your job to go find someone who does
17  have that training and let them know what's going on?
18     A     That's true.
19     Q     And you didn't do that on this night, did you?
20     A     I had a nurse in the waiting room that was a
21  witness to everything that I was seeing, and I took it
22  on the fact that I had another healthcare provider that
23  was present, someone who was trained to be able to
24  observe those things, and if she was not concerned with
25  the behavior in the sense that she believed he needed to
```

```
 1  go back and be seen, it's not my place, as a security
 2  officer, to tell her otherwise.
 3       Q    Okay.  Were you concerned with the behavior --
 4  let me strike that.
 5            Had the nurse not been out there, were you --
 6  would you have been concerned enough about Mr. Kessee's
 7  behavior to go find a medical professional?
 8       A    Yes.
 9       Q    Okay.  Why?  Why would you have that concern?
10       A    Just to make sure that he had been checked
11  out.  I mean, I was told by the nurse that he had been
12  seen in the ER and discharged, but just because of the
13  way he was acting, if it were something that I would
14  have walked up on and there hadn't been a medical
15  professional on scene, I would have said, "Hey, why
16  don't you come talk to a nurse or talk to a doctor?"
17            But because of the fact that I was already
18  informed that he had been seen by a physician and
19  discharged, and then there was a nurse present, I didn't
20  take any further action on it.
21            MR. HICKS:  Does that show up?
22            (Mr. Hicks had an off-the-record discussion
23  with the court reporter.)
24            MR. HICKS:  Sorry, we've got a mouse pointer
25  on your face.  I'm making sure it's not on the final
```

Jarrod Terry
1/11/2021
Page: 62

```
 1   make those decisions on what -- I mean, she's triaging
 2   the patient to be -- go back to a doctor, so she's going
 3   to make the initial determination on, hey, what's going
 4   on with them, how severe is it, and to triage them and
 5   get them, you know, prepared to go see a doctor.
 6        Q    Okay.  And I'm just asking what you know.  I
 7   know you're not a nurse, but you did work there for 10
 8   years, so I'm just basing this on your knowledge and
 9   experience.  If -- did you expect Nurse Gassaway to go
10   find a doctor, based on what you observed with regard to
11   the behavior of Marconia Kessee?
12        A    No, because she -- I mean, it was one of those
13   situations to where I -- I don't know what she had
14   witnessed prior to my arrival, what behavior she had
15   witnessed prior to my arrival.  I know she -- she was
16   seeing the same things that I was when I was there, but
17   I -- coming into the situation after the fact, I don't
18   know -- she wasn't -- she didn't seem too concerned
19   about that behavior and I have to base my decisions off
20   of what I'm seeing from her.  If she wasn't concerned
21   with it -- I mean, yes, it was abnormal, but it wasn't
22   necessarily abnormal in the sense that I've seen other
23   mental health patients that act similar and have similar
24   behaviors.
25             It's pretty common things with schizophrenia,
```

```
 1   so it was -- it was a little bit -- you know, it was
 2   crazy at first, it seemed crazy, but I don't know what
 3   his baseline was, and because I don't know what they
 4   witnessed, I can't make a decision on, you know, what
 5   she should do in that case.
 6        Q    Okay.  You said you've seen other patients
 7   with similar behavior?
 8        A    Yes.
 9        Q    Was the response to Mr. Kessee's behavior any
10   different, from Norman Regional's perspective, what
11   Norman Regional did -- did Norman Regional respond in
12   any way different, with regard to Mr. Kessee, than other
13   mental health patients acting similarly?
14        A    No.
15        Q    Okay.
16             MR. WHITWORTH:  Object to the form of that
17   last question.
18             MR. HICKS:  Okay, let me just ask it -- just
19   the simple part, the end of it, and we'll try it again.
20        Q    (By Mr. Hicks) Based on your experience of
21   working at Norman Regional for 10 years, was the
22   treatment that Mr. Kessee received in the waiting room
23   and in the front of the ER, and the response to
24   Mr. Kessee's behavior by Norman Regional medical
25   professionals and staff, any different than what you had
```

```
 1   to say Mr. Kessee needs treatment.  All I can tell them
 2   is what I observed and they have to make their own
 3   determination based on that.
 4       Q    Okay.  What about when you -- did -- did you
 5   escort Officer Canaan back into the hospital to get the
 6   fit for incarceration slip or fit slip?
 7       A    Yes, I did.
 8       Q    Did you walk up to -- or were you in the area
 9   when Mr. Holbrook and Mr. Canaan -- Officer Canaan were
10   talking at the counter?
11       A    Yes.
12       Q    And you stayed there --
13       A    Yes.
14       Q    -- right?
15            In fact, that's when you filled out the arrest
16   report where you describe Mr. Kessee as belligerent and
17   not cooperative, right?
18       A    Yes.
19       Q    Okay.  At that point, knowing what we've
20   talked about, that you believed he might need mental
21   health or medical treatment, did you express that to
22   Mr. Holbrook?
23       A    No, because, at that point in time, Holbrook
24   had already -- had already seen -- to my knowledge,
25   Holbrook had already seen him, treated him and released
```

1   him, and then RN Gassaway had seen his behavior in the
2   ER lobby and then the law enforcement officers had seen
3   his behavior prior to the arrest and they were talking
4   to Mr. Holbrook about it.  So, I mean, I didn't really
5   feel like it was necessary for me to step into that
6   situation and -- and add my two cents to it, because, at
7   that point in time, it's -- it's outside of my
8   employment at that point.  I'm just -- I'm just there to
9   fill out the paperwork that needs to be filled out and
10  the medical professionals can talk that over and the --
11  and the law enforcement officers can talk that over.
12       Q    Okay.  So are you saying that Mr. Holbrook
13  witnessed the type of behavior and conduct and just the
14  way Mr. Kessee was acting in the waiting room and out in
15  the front?  Are you saying Mr. Holbrook saw that?
16            MR. WHITWORTH:  Objection.
17       A    No.
18       Q    (By Mr. Hicks) Okay.  So he didn't see that
19  and you didn't tell him about it; is that what I'm
20  hearing?
21       A    I didn't tell him about it, but the law
22  enforcement officers who witnessed it and the -- I mean,
23  they -- they had mentioned it.  And not only that, but
24  you have two nurses that witnessed it, that they could
25  have -- if they felt like there was an issue, they could