**EXHIBIT 8**

**FIRST 911 CALL**

**FILED CONVENTIONALLY**