IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) PATRICIA THOMPSON, as Personal Representative of the Estate of MARCONIA LYNN KESSEE, )<br><br>Plaintiff, )<br><br>vs. )<br><br>(1) NORMAN REGIONAL HOSPITAL AUTHORITY d/b/a NORMAN REGIONAL HOSPITAL, a public trust, et al., )<br><br>Defendants. ) | Case No. CIV-19-113-SLP<br><br>JURY TRIAL DEMANDED |

## NOTICE OF CONVENTIONAL FILING

Please take notice that Defendant Daniel Brown has conventionally filed a flash drive which are Exhibits 3, 8, 9, 13 and 14 to Defendant Brown's Motion for Summary Judgment (Doc. 198). The flash drive contains audio and video. The flash drive could not be filed electronically because it cannot be converted to electronic format (i.e. video and audio files that are not in pdf format). The flash drive will be conventionally served on all parties.

Respectfully submitted,

s/ Ambre C. Gooch
Ambre C. Gooch, OBA No. 16586
COLLINS, ZORN & WAGNER, P.C.
429 N.E. 50th Street, 2nd Floor
Oklahoma City, OK 73105-1815
Telephone: (405) 524-2070
Facsimile: (405) 524-2078
E-mail:   acg@czwlaw.com

                                          ATTORNEY FOR DEFENDANTS
                                         KYLE CANAAN AND DANIEL BROWN

## **CERTIFICATE OF SERVICE**

      I hereby certify that on June 11, 2021, I electronically transmitted this filing to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrant:

Chris Hammons, email at: chris@lhllaw.com
Jason M. Hicks, email at: jason@lhllaw.com
Jonathan Ortwein, email at: jonathan@lhllaw.com
LAIRD HAMMONS LAIRD, PLLC
1332 S.W. 89th Street
Oklahoma City, OK 73159
*Attorneys for Plaintiff*

Sean P. Snider, email at: ssnider@johnsonhanan.com
Austin J. Young, email at: ayoung@johnsonhanan.com
Anthony C. Winter, email at: awinter@johnsonhanan.com
JOHNSON HANAN VOSLER
HAWTHORNE & SNIDER
9801 N. Broadway Extension
Oklahoma City, OK 73114
*Attorneys for Defendants Turn Key Health Clinics, LLC*
  *and Clayton Rickert*

Robert S. Lafferrandre, email at rlafferrandre@piercecouch.com
Jessica L. Dark, email at: jdark@piercecouch.com
Randall J. Wood, email at: rwood@piercecouch.com
Pierce Couch Hendrickson
  Baysinger & Green, L.L.P.
1109 North Francis Avenue
Oklahoma City, OK 73106
*Attorneys for Defendants Todd R. Gibson, in his individual*
  *capacity, Chris Amason, in his official capacity,*
  *Zachary Andrews, Brian Knapp, Cody Barr,*
  *Stacy Shifflett and Stephen Scott*

Jeanne M. Snider, email at: Jeanne.snider@ci.norman.ok.us
Rickey J. Knighton, email at: rick.knighton@ci.norman.ok.us
City of Attorney
City of Norman
P.O. Box 370
Norman, OK 73070
***Attorneys for Defendants City of Norman and Keith Humphrey***

Glen D. Huff, email at: foliartfirm@oklahomacounsel.com
Robert E. Hoisington, email at: roberthoisington@oklahomacounsel.com
Kaitlyn R. Dunn, email at: kaitlyndunn@oklahomacounsel.com
FOLIART HUFF OTTAWAY & BOTTOM
201 Robert S. Kerr Avenue, 12th Floor
Oklahoma City, OK 73102
***Attorneys for Defendant Norman Regional Hospital Authority***
 ***d/b/a Norman Regional Hospital***

Brandon C. Whitworth, email at: brandonw@rodolftodd.com
Emily J. Ludiker, email at: emily@rodolftodd.com
David A. Russell, email at: drussell@rodolftodd.com
RODOLF & TODD
15 E. 5th Street, Sixth Floor
Tulsa, OK 74103-4346
***Attorneys for Defendants Emergency Services of Oklahoma, PC.,***
  ***Steven M. Roberts and Justin L. Holbrook***

            s/ Ambre C. Gooch
            Ambre C. Gooch