## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| PATRICIA THOMPSON, as Personal Representative of the Estate of MARCONIA LYNN KESSEE, </br></br>Plaintiff, </br></br> v. </br></br> NORMAN REGIONAL HOSPITAL AUTHORITY d/b/a NORMAN REGIONAL HOSPITAL, a public trust, et al., </br></br> Defendants. | Case No. CIV-19-113-SLP |

## JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), all parties hereby stipulate to the dismissal of this action without prejudice to re-filing only as it relates to Plaintiff's claims against Defendants Stephen Scott and Brian Knapp in the above-styled action.

The parties will bear their own attorneys' fees and costs. This Stipulation of Dismissal does not affect any other claim or party to this action.

Respectfully submitted,

s/ Chris J. Hammons
(signed with permission)
Chris J. Hammons
Jason M. Hicks
Jonathan R. Ortwein
LAIRD, HAMMONS, LAIRD, P.L.L.C.
1332 SW 89th Street
Oklahoma City, Oklahoma 73159
Telephone: (405) 703-4567
Facsimile: (405) 703-4061
*Attorneys for Plaintiff*

s/ Jessica L. Dark
Randall J. Wood, OBA No. 10531
Robert S. Lafferrandre, OBA No. 11897
Jessica L. Dark, OBA No. 31236
PIERCE COUCH HENDRICKSON
 BAYSINGER & GREEN, L.L.P.
1109 North Francis Avenue
Oklahoma City, Oklahoma 73106
Telephone:(405) 235-1611
Facsimile: (405) 235-2904
*Attorneys for Defendants,*
*Amason, Gibson, Andrews, Knapp,*
*Barr, Shifflett, and Scott*


s/ Austin J. Young
(signed with permission)
Sean P. Snider
Austin J. Young
Anthony C. Winter
JOHNSON, HANAN VOSLER
 HAWTHORNE & SNIDER
9801 North Broadway Extension
Oklahoma City, Oklahoma 73114
Telephone:   (405) 232-6100
Facsimile:    (405) 232-6105
*Attorneys for Defendants,*
*Turn Key Health Clinics, LLC*
*and Rickert*

s/ Brandon Whitworth
(signed with permission)
Brandon Whitworth
David Russell
RODOLF & TODD
15 E. 5th Street, Sixth Floor
Tulsa, Oklahoma 74103
Telephone:   (918) 295-2100
Facsimile:    (918) 295-7800
*Attorneys for Defendants,*
*Emergency Services of*
*Oklahoma, P.C., Dr. Steven Roberts*
*and Justin Holbrook*

s/ Glen D. Huff
(signed with permission)
Glen D. Huff
Robert D. Hoisington
Kaitlyn Dunn
FOLIART, HUFF, OTTAWAY & BOTTOM
201 Robert S. Kerr Avenue, 12th Floor
Oklahoma City, Oklahoma 73102
Telephone:   (405) 232-4633
Facsimile:   (405) 232-3462
foliartfirm@oklahomacounsel.com
roberthoisington@oklahomacounsel.com
kaitlyndunn@oklahomacounsel.com

***Attorneys for Defendant,***
***Norman Regional Hospital Authority***

s/ Rickey J, Knighton, II
(signed with permission)
Rickey J. Knighton, II
Jeanne Snider
Assistant City Attorneys
City of Norman, Oklahoma
201 West Gray
Norman, Oklahoma 73069
Telephone:   (405) 217-7700
Facsimile:   (405) 366-5425

***Attorneys for Defendants,***
***City of Norman and Humphrey***

s/ Ambre C. Gooch
(signed with permission)
Ambre C. Gooch
COLLINS, ZORN & WAGNER, P.C.
429 N.E. 50th Street, 2nd Floor
Oklahoma City, Oklahoma 73105
Telephone:   (405) 524-2070
Facsimile:   (405) 524-2078
acg@czwlaw.com

***Attorney for Defendants***
***Kyle Canaan and Daniel Brown***

## CERTIFICATE OF SERVICE

I hereby certify that on June 15, 2021, I electronically transmitted this filing to the Clerk of Court using the ECF System for filing and transcmittal of a Notice of Electronic Filing to the following ECF registrants:

Chris J. Hammons
Jason M. Hicks
Jonathan R. Ortwein
chris@lhllaw.com
jason@lhllaw.com
jonathan@lhllaw.com
*Attorneys for Plaintiff*

Sean P. Snider
Austin J. Young
Anthony C. Winter
JOHNSON, HANAN VOSLER HAWTHORNE & SNIDER
ssnider@johnsonhanan.com
ayoung@johnsonhanan.com
awinter@johnsonhanan.com
*Attorney for Defendants,*
*Turn Key Health Clinics, LLC*
*and Rickert*

Brandon Whitworth
Emily Jones Ludiker
David A. Russell
RODOLF & TODD
brandonw@rodolftodd.com
emily@rodolftodd.com
david@rodolftodd.com
*Attorneys for Defendants,*
*Emergency Services of*
*Oklahoma, P.C., Dr. Steven Roberts*
*and Justin Holbrook*

Glen D. Huff
Robert D. Hoisington
Kaitlyn Dunn
FOLIART, HUFF, OTTAWAY & BOTTOM
foliartfirm@oklahomacounsel.com
roberthoisington@oklahomacounsel.com
kaitlyndunn@oklahomacounsel.com
*Attorneys for Defendant,*
*Norman Regional Hospital Authority*

Rickey J. Knighton, II
Jeanne Snider
Assistant City Attorneys
City of Norman, Oklahoma
201 West Gray
Facsimile:  (405) 366-5425
rick.knighton@ci.norman.ok.us
jeanne.snider@ci.norman.ok.us
*Attorneys for Defendants,*
*City of Norman, Humphrey, Canaan*
*and Brown*

Ambre C. Gooch
COLLINS, ZORN & WAGNER, P.C.
429 N.E. 50th Street, 2nd Floor
Oklahoma City, Oklahoma 73105
*Attorney for Defendants*
*Kyle Canaan and Daniel Brown*

 

s/Jessica L. Dark
Jessica L. Dark