# Exhibit No. 5

## Norman Regional Hospital Medical Record from January 16, 2018, at 10.26 pm