Dr. William Cooper (Lunch $65.67)
2/8/2021                                                                    Page 159

```
 1                        J U R A T

 2              I, WILLIAM COOPER, D.O., do hereby state under

 3     oath that I have read the above and foregoing deposition

 4     in its entirety and that the same is a full, true and

 5     correct transcription of my testimony so given at said

 6     time and place, except for the corrections noted.

 7        X   WITH CORRECTIONS

 8     _____ WITHOUT CORRECTIONS

 9

10

11              WILLIAM COOPER, D.O.

12

13              Subscribed and sworn to before me, a Notary

14     Public in and for the State of  Oklahma

15     by said witness, WILLIAM COOPER, D.O., on this, the

16     24th  day of  March             , 2021.

17

18

19              Notary Public in and for the State of
                Oklahma
20
                My Commission Expires:  1·6·24
21

22

23

24     CASE:  THOMPSON/KESSEE VS. NORMAN REGIONAL, ET AL.

25     Reported by:  Beth A. McGinley, CSR, RPR
```

EXHIBIT
1

Dr. William Cooper (Lunch $65.67)                    Page 160
2/8/2021

1                    E R R A T A   S H E E T

2    NAME:      WILLIAM COOPER, D.O.

3    CASE:      THOMPSON VS. NORMAN REGIONAL, ET AL.

4    DATE:      FEBRUARY 8, 2021

5    REPORTER:  BETH A. McGINLEY, CSR, RPR

6    PG/LN      CORRECTION          REASON FOR CORRECTION


57.06    For clarification, add the following language in
quotations: needed to "because nurses have the training and
education to recognize certain medical signs and symptoms, but
there is always a possibility that signs, symptoms, or medical
conditions can present such that they are beyond the nurse's
scope of education and training."

66.04    For clarification, add the following language in
quotations: Yes, "and there is a difference between recognizing
signs and symptoms of a drug overdose, which LPNs are qualified
to do, and making a diagnoses that the patient is having a drug
overdose. My memory is that Nurse Rickert correctly testified
that he was not qualified to do the latter."

82.23    For clarification, add the following language in
quotations: True, "However, there is a difference between
recognizing signs or symptoms, which LPNs are qualified to do,
and making a diagnosis that the patient is having a drug
overdose. To my knowledge, Nurse Rickert never testified that
he was unable to recognize signs and symptoms. He correctly
testified that he was not qualified to make a diagnosis."

97.09    For clarification, add the following language in
quotations: I remember that being in the deposition, "but I
believe you are mistaken because to my memory Garner's report
does not say that Nurse Rickert took Mr. Kessee's blood

pressure. It says that the only notable issue was slightly high blood pressure."

97.12    For clarification, add the following language in quotations: True "I do not recall seeing anything to indicate that a blood pressure reading was taken, but my understanding is that Nurse Rickert opted to postpone the intake because he believed that Mr. Kessee was being uncooperative, and he could have deduced Mr. Kessee's high blood pressure from the fact that he was arrested with a prescription for Amlodipine – a medication that treats high blood pressure."

100.13    For clarification, add the following language in quotations: No, "I do not recall seeing anything to indicate that a blood pressure reading was taken, but my understanding is that Nurse Rickert opted to postpone the intake because he believed that Mr. Kessee was being uncooperative, and he could have deduced Mr. Kessee's high blood pressure from the fact that he was arrested with a prescription for Amlodipine – a medication that treats high blood pressure."

100.25    For clarification, add the following language in quotations: Yes, "but those concerns can be eased when a fit slip shows that a physician at the hospital has determined that the inmate is healthy enough for incarceration. In such a situation, as far as the nurse knows, this determination would be made with the patient presenting with identical symptoms."

102.04    For clarification, add the following language in quotations: "It could be" that there's a medical problem, "and if the inmate has come from the hospital, the one of the things a nurse should do is to look to see if there is a fit slip."