```
 1                  IN THE UNITED STATES DISTRICT COURT

 2                 FOR THE WESTERN DISTRICT OF OKLAHOMA

 3
     (1) PATRICIA THOMPSON, as      )
 4   Personal Representative of the)
     Estate of MARCONIA LYNN        )
 5   KESSEE,                        )
                                    )
 6        Plaintiff,                )
                                    )
 7   -vs-                           )    No. CIV-19-113-SLP
                                    )
 8   (1) NORMAN REGIONAL HOSPITAL   )
     AUTHORITY d/b/a NORMAN         )
 9   REGIONAL HOSPITAL, a public    )
     trust, et al.,                 )
10                                  )
          Defendants.               )
11

12

13                            * * * * *

14     VIDEOCONFERENCE DEPOSITION OF WILLIAM COOPER, D.O.

15              TAKEN ON BEHALF OF THE PLAINTIFF

16                 IN OKLAHOMA CITY, OKLAHOMA

17                    ON FEBRUARY 8, 2021

18                  COMMENCING AT 9:04 A.M.

19                            * * * * *

20

21

22                    INSTASCRIPT, L.L.C.
                    125 PARK AVENUE, SUITE LL
23              OKLAHOMA CITY, OKLAHOMA  73102
                         405.605.6880
24                  schedule@instascript.net

25   REPORTED BY:  BETH A. McGINLEY, CSR, RPR, RMR
```

**EXHIBIT 2**

1   through that with you.

2       A   Okay.

3       Q   That's a good point.

4           Now, with respect to LPNs, during that
5   interview process at Turn Key, it doesn't matter if
6   they're able to assess a medical condition or not; true?

7       A   True.

8       Q   What is the role of an LPN in the jail setting
9   like the Cleveland County Detention Center?

10      A   Their job is to assist in an assessment.  The
11  assessment takes place by an RN or higher, but their job
12  is to assist Cle- -- they fill out forms,
13  questionnaires, do vital signs.

14      Q   Okay.  Well, like, in a situation where an LPN
15  is the only medical staff on -- on duty, how does an
16  inmate get care if they're having an issue and the LPN
17  can't assess it?

18      A   Well, they're not the only ones on duty.
19  We're always on call, so they have access to an RN or a
20  nurse practitioner or a physician at all times.

21      Q   Okay.  So I guess the question is, is:  If an
22  LPN doesn't understand the medical condition, how is it
23  that they can call for help?

24      A   Use the telephone.

25      Q   Well, but if they don't understand it, they

Dr. William Cooper (Lunch $65.67)
2/8/2021
Page 57

```
 1   don't even know there is a medical condition because
 2   they can't assess it, how are they supposed to then
 3   reach out for somebody that is qualified?
 4            MR. YOUNG:  Object to the form.
 5        A   I guess they probably wouldn't know they
 6   needed to.
 7        Q   (By Mr. Hammons) Right.  If we go to -- back
 8   to Exhibit 5, sir, that -- you've got it right there.
 9   It's that one, yeah.  It's the policy and procedure.
10   We're going to go to -- I believe it's Page 4.  Now, if
11   you'll flip back to 3.  I'm sorry, I want to make sure
12   we know what section we're in.
13            On Page 3, this is still under the orientation
14   and -- for -- orientation for health staff.  Section 2
15   says, "Health services orientation program will include,
16   but not limited to the following issues."  And there's a
17   number of issues listed on Page 3.
18            We're going to flip to Page 4.  And this
19   one -- the top of it starts with "F", "Healthcare
20   Systems."  Do you see that, sir?
21        A   Yes.
22        Q   Okay.  I'm interested in nursing protocols.
23   What are nursing protocols?
24        A   They're a protocol that's written so that the
25   nurses can address minor complaints.
```

1  in Clayton Rickert's position on January 16, 2018, it
2  would have been an important skill set for that
3  individual to be qualified to know the signs and
4  symptoms of drug overdose?
5       A    Yes.
6       Q    Okay.  And to know and recognize the signs of
7  detox; true?
8       A    True.
9       Q    Did -- when you were reading Clayton Rickert's
10 deposition, did it surprise you that he said he was not
11 qualified to make those determinations?
12      A    No.
13      Q    I'm sorry?
14      A    No.
15      Q    Okay.  It did not surprise you that he was not
16 qualified?
17      A    To assess.  He's not qualified to assess.
18      Q    Okay.  Page 72 of his deposition, I'd asked
19 him a question:  "You would consider yourself not
20 qualified to make a decision whether somebody was
21 experiencing a drug overdose or not?"  And there was an
22 objection.
23           And then he said -- or, no, there wasn't an
24 objection, just words.  And his answer was:  "I'm not
25 qualified."

```
 1            Isn't it important for him to be qualified to
 2   know the signs and symptoms of drug overdose in his job?
 3            MR. YOUNG:  Object to the form.
 4       A    Yes.
 5       Q    (By Mr. Hammons) Especially when somebody is
 6   having a drug overdose; true?
 7       A    True.
 8            MR. YOUNG:  Object to the form.
 9       A    True.
10       Q    (By Mr. Hammons) Go to Page 11.  It's entitled
11   "Privacy."  This is a policy discussing -- well, tell
12   me -- tell me what this policy is about.
13       A    It's about patient privacy.
14       Q    Okay.  And it's important to give inmates an
15   opportunity to communicate with the health provider at
16   the Cleveland County Detention Center; true?
17       A    True.
18       Q    And you can correct me if I'm wrong, but I
19   take it as this is an opportunity for an inmate to have
20   an unencumbered, open discussion with healthcare
21   providers to answer their questions concerning any
22   medical needs; true?
23       A    True.
24       Q    Okay.  Is there any training of Turn Key's
25   medical staff about the mindset -- when they go in to do
```

```
 1      Q    Okay.  And -- such as "seizures,
 2   detoxification monitoring, alcohol intoxication, or
 3   possible drug withdrawal."  Do you see those?
 4      A    Yes.
 5      Q    Okay.  How is it when Clayton Rickert is on
 6   call -- how is an inmate supposed to be put in medical
 7   observation if Clayton Rickert doesn't know the signs
 8   and symptoms of some of those?
 9      A    He would need to call his superior.
10      Q    Well, if he doesn't know to -- what they are,
11   how could he possibly know there's a problem?
12      A    Well, if they're on this list or some other
13   concerning thing, then he would call.
14      Q    Well, you see -- you see the problem here is
15   if -- if Clayton Rickert doesn't know somebody has signs
16   of drug overdose because he doesn't know them, and he
17   reads:  "Drug overdose or drug withdrawal," on your
18   sheet, but he doesn't know it's a drug overdose --
19      A    Uh-huh.
20      Q    -- because he doesn't know, it would be
21   impossible for him to reach out to, say, you, and get
22   help; true?
23      A    True.
24           MR. YOUNG:  Object to the form.
25      Q    (By Mr. Hammons) And you -- I mean, you -- you
```

1   was just a -- a day or two later that he was told he
2   wasn't welcome back at Cleveland County; is that
3   accurate?
4        A    That sounds correct, yes.
5        Q    Okay.  Now, in Exhibit 8, it says, "Inmate" --
6   or "Intake" -- "On arrival into intake, inmate was able
7   to stand without assistance and able to follow
8   instructions."
9             That's not what's shown in the video, is it?
10       A    No.
11       Q    Marconia was not able to stand, he's actually
12  carried in; true?
13       A    He was carried in, yes.
14       Q    All right.  He was actually -- "Follow
15  instructions when asked to sit on the bench," that's not
16  accurate, is it?
17       A    No.
18            MR. YOUNG:  Object to the form.
19       A    No.
20       Q    (By Mr. Hammons) He was actually carried in
21  and then set on the bench and told to sit his ass down
22  there; true?
23       A    True.
24       Q    Okay.  Now, in the note that you read, that
25  Clayton Rickert drafted, did he ever, in that note,

```
 1   state that he had taken a blood pressure and done an
 2   intake?
 3        A    No.
 4        Q    Okay.  Now, you've read his deposition.
 5   You're aware that Brandi Garner, a detention officer,
 6   has stated, in an official report, that Clayton Rickert
 7   told her he had taken a blood pressure and done an
 8   intake on Marconia Kessee.  Were you aware of that?
 9        A    I remember that being in the deposition.
10        Q    Okay.  And there's nothing to indicate that
11   that is -- that actually occurred; true?
12        A    True.
13        Q    Okay.
14             MR. LAFFERRANDRE:  Form.
15        Q    (By Mr. Hammons) Now, a --
16             MR. HAMMONS:  Sorry.  I think we missed
17   something.
18             MR. LAFFERRANDRE:  Object to the form.
19             MR. HAMMONS:  Okay.  That was Robert.
20        Q    (By Mr. Hammons) I'm -- well, let me -- we've
21   talked about it.  I'll just go ahead and make it part of
22   the record.
23             I'll hand you Exhibit 9.  I actually -- this
24   isn't Batesed because, quite frankly, when -- I had to
25   dig through all of our stuff.  I'm not even sure where I
```

```
 1   understanding of the situation."
 2            Do you see that?
 3       A    Yes.
 4       Q    Okay.  Now, "LPN Rickerts stated that he
 5   performed his intake and the only notable issue Inmate
 6   Kessee had was slightly high blood pressure."  Do you
 7   see that?
 8       A    I do.
 9       Q    Okay.  Anything that you've reviewed at the
10   time, or anytime since, shown that an intake was
11   actually done and that Marconia had high blood pressure?
12            MR. YOUNG:  Object to the form.
13       A    No.
14       Q    (By Mr. Hammons) Okay.  Now, with the --
15   Marconia, in the video, is sweating; true?
16       A    True.
17       Q    He's breathing heavily; true?
18       A    True.
19       Q    Talking incoherently; true?
20       A    True.
21       Q    Okay.  If he did have high blood pressure,
22   would that also cause concerns, all four of those
23   situations put together?
24            MR. YOUNG:  Object to the form.
25       A    Yes.
```

```
 1      Q    (By Mr. Hammons) What about the fact that he
 2   was -- they had to carry him into the situation, meaning
 3   he wasn't walking?  Does that also play a role in your
 4   determination whether there's something wrong with him?
 5           MR. YOUNG:  Object to the form.  Hang on,
 6   don't answer that.
 7           You're getting into expert opinions now and
 8   you need to couch it from Turn Key's corporate
 9   representative, when you're talking about what's -- what
10   was appropriate and what was not.
11           MR. HAMMONS:  So you're instructing him not to
12   answer the question?
13           MR. YOUNG:  I'm asking you to rephrase it so
14   that it's not couched from the position of an expert
15   opinion.
16           MR. HAMMONS:  Okay, I can do that.  Fair
17   enough.
18      Q    (By Mr. Hammons) Based on the training that's
19   contained in the policies and procedures and the
20   training contained in Exhibit 6, given to Clayton
21   Rickerts, sweating, heavy breathing, slurred speech,
22   high blood pressure, unable to walk, does that indicate
23   anything, based on the policies, procedures and training
24   of Turn Key?
25      A    Yes.
```

```
 1      Q     What is it?
 2      A     That there's --
 3      Q     What could it be?
 4      A     That there's a medical problem.
 5      Q     All right.  You can set that aside there, sir.
 6            If we go back to Exhibit 5, sir, we're going
 7   to go to Page 43.  Now, this, on Page 43, is the suicide
 8   prevention program for Turn Key Health; true?
 9      A     Correct.
10      Q     Okay.  Now, with respect to critical
11   observation, is critical observation addressed in Turn
12   Key's policies and procedures?
13      A     We don't call it critical observation.  We
14   call it suicide watch.
15      Q     Okay, fair enough.  And it seems to me, from
16   reading the Cleveland County Detention Center's
17   policies, is that if you're on critical observation and
18   given a suicide smock, it is essentially suicide watch.
19   Is that your understanding?
20      A     Yes, it is.
21      Q     Okay.  Now, if we go to Page 44 of Exhibit 5,
22   down -- No. -- No. 4, this is still under the suicide
23   prevention program, under "Housing," do you see that?
24      A     Yes.
25      Q     It says, "House staff will follow the
```