# EXHIBIT 4

# INCIDENT REPORT OF BRANDI GARNER

# FILED UNDER SEAL