# EXHIBIT 36

TURN KEY POLICIES AND PROCEDURES
(TK P&P 000001-000051)

Filed Under Seal Pursuant to
Agreed Protective Order at Doc. 133