**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| PATRICIA THOMPSON, as Personal Representative of the Estate of MARCONIA LYNN KESSEE,  Plaintiff,  v.  NORMAN REGIONAL HOSPITAL AUTHORITY d/b/a NORMAN REGIONAL HOSPITAL, a public trust, et al.,  Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) )  Case No. CIV-19-113-SLP |

**NOTICE OF CONVENTIONAL FILING UNDER SEAL**

Please take notice that pursuant to the Order of the Court at Doc. 233, and the Agreed Protective Order at Doc. 133 Defendants Amason, Gibson, Andrews, Barr, and Shifflett conventionally and under seal file the original of the following document, paper or other material:

**DVD CONTAINING SIX VIDEO FILES:**

**EXHIBITS 1, 2, 3, 4, 5 and 6 TO COUNTY DEFENDANTS' APPENDIX TO EXHIBITS (Doc. 235)**

This document, paper, or other material has not been filed electronically because:

----X--      it cannot be converted to electronic format

_____      the electronic file size of this material exceeds 20 megabytes (MB)

_____      the Court by Order has excused electronic filing

_____      it is exempt from electronic filing pursuant to § II.A.1 of the ECF Policy & Procedures Manual

This Document, paper, or other material was served on all parties on the 1st day of July, 2021.

        Respectfully submitted,

        <u>s/ Jessica L. Dark</u>
        Randall J. Wood, OBA #10531
        Robert S. Lafferrandre, OBA #11897
        Jessica L. Dark, OBA #31236
        PIERCE COUCH HENDRICKSON
          BAYSINGER & GREEN, L.L.P.
        1109 N. Francis Avenue
        Oklahoma City, OK 73106
        Telephone: (405)235-1611
        Facsimile: (405)235-2904
        rwood@piercecouch.com
        rlafferrandre@piercecouch.com
        jdark@piercecouch.com
        ***Attorneys for Defendants***
        ***Amason, Gibson, Andrews, Barr and***
        ***Shifflett***

## CERTIFICATE OF SERVICE

 I hereby certify that on July 1, 2021, I electronically transmitted this filing to the Clerk of Court using the ECF System for filing and transcmittal of a Notice of Electronic Filing to the following ECF registrants:

Chris Hammons
Jason M. Hicks
Jonathan R. Ortwein
LAIRD, HAMMONS, LAIRD, P.L.L.C.
*Attorneys for Plaintiff*

Sean P. Snider
Austin J. Young
JOHNSON, HANAN AND VOSLER
*Attorney for Defendants,*
*Turn Key Health Clinics, LLC*
*and Rickert*

Brandon Whitworth
Emily Jones Ludiker
David Russell
RODOLF & TODD
*Attorneys for Defendants,*
*Emergency Services of*
*Oklahoma, P.C. and Dr. Roberts*

Glen D. Huff
Robert D. Hoisington
Kaitlyn Dunn
FOLIART, HUFF, OTTAWAY & BOTTOM
*Attorneys for Defendant,*
*Norman Regional Hospital Authority*

Rickey J. Knighton II
Jeanne Snider
Assistant City Attorneys
City of Norman, Oklahoma
*Attorneys for Defendants,*
*City of Norman, Norman Police*
*Department, Humphrey, Canaan*
*and Brown*

Ambre C. Gooch
COLLINS, ZORN & WAGNER, P.C.
*Attorney for Defendants*
*Kyle Canaan and Daniel Brown*

       s/Jessica L. Dark
       Jessica L. Dark