# EXHIBIT 6
# NPD Confidential Report
# FILED UNDER SEAL