# EXHIBIT 12

# Medical Examiner Report

# FILED UNDER SEAL