# Exhibit No. 16

## NPD Confidential Report Filed Under Seal