IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| (1) PATRICIA THompson, as Personal Representative of the Estate of MARCONIA LYNN KESSEE, | ) ) ) ) | |
| Plaintiff, | ) ) | Case No. CIV-19-113-SLP |
| vs. | ) ) ) | JUDGE SCOTT L. PALK |
| (1) NORMAN REGIONAL HOSPITAL AUTHORITY d/b/a NORMAN REGIONAL HOSPITAL, a public trust, et al., | ) ) ) ) ) | |
| Defendants. | ) | |

**PLAINTIFF AND DEFENDANTS EMERGENCY SERVICES OF OKLAHOMA, P.C., STEVEN ROBERTS, D.O., AND JUSTIN HOLBROOK, APRN/CNP'S <u>JOINT NOTICE OF SETTLEMENT</u>**

COME NOW the Plaintiff, Patricia Thompson, by and through her counsel, Chris Hammons, Jason M. Hicks and Jonathan Ortwein; and Defendants Emergency Services of Oklahoma, P.C. ("ESO"), Steven Roberts, D.O. ("Dr. Roberts"), and Justin Holbrook, APRN/CNP (individually, "Mr. Holbrook" and collectively, "Defendants"), by and through their counsel of record, Brandon C. Whitworth and David A. Russell of the law firm of Rodolf & Todd, and hereby submit this *Joint Notice of Settlement*. In support hereof, the Parties would show the Court as follows:

1) Plaintiff and Defendants ESO, Dr. Roberts and Mr. Holbrook have reached a confidential agreement to settle all claims in this matter;

2) Based on the confidential settlement agreement, the following pending Motions are now moot:

a) Defendants Emergency Services of Oklahoma, P.C., Steven Roberts, D.O., and Justin Holbrook, APRN/CNP's Daubert Motion to Strike Certain Testimony From Plaintiff's Expert Michael Jobin [Doc. No. 246];

b) Defendants Emergency Services of Oklahoma, P.C., Steven Roberts, D.O., and Justin Holbrook, APRN/CNP's Motion for Partial Summary Judgment On Plaintiff's Punitive Damages Claim [Doc. No. 244];

c) Defendant Steven M. Roberts, D.O.'s Motion for Summary Judgment [Doc. No. 241];

d) Defendant Emergency Services of Oklahoma, P.C.'s Motion for Partial Summary Judgment on Plaintiff's Negligent Hiring, Training, and Supervision Claim and Vicarious Liability Claim for the Actions of Steven Roberts, D.O.[Doc No. 242];

e) Defendants Emergency Services of Oklahoma, P.C., Justin Holbrook, APRN, CNP, and Steven Roberts, D.O.'s Motion to Bifurcate and Brief In Support [Doc. No. 254].

WHEREFORE, premises considered, Plaintiff Patricia Thompson and Defendants Emergency Services of Oklahoma, PC, Steven Roberts, D.O, and Justin Holbrook, APRN/CNP hereby submit their *Joint Notice of Settlement* and respectfully request this Court enter an Order approving the same.

Respectfully submitted,

*/s/ Jason M. Hicks*
Chris Hammons
Jason M. Hicks
Jonathan Ortwein
Laird, Hammons, Laird, PLLC
1332 S.W. 89th Street
Oklahoma City, OK  73159
405-703-4567
405-703-4061 fax
chris@lhllaw.com
jason@lhllaw.com
*Attorneys for Plaintiff*

and


*/s/ Brandon C. Whitworth*
David A. Russell, OBA No. 15104
drussell@rodolftodd.com
Brandon Whitworth, OBA No. 18874
brandonw@rodolftodd.com
Emily Jones Ludiker, OBA No. 21719
Emily@rodolftodd.com
RODOLF & TODD
15 E. 5th Street, Sixth Floor
Tulsa, Oklahoma 74103
(918) 295-2100; (918) 295-7800 (fax)
*Attorneys for Defendants Emergency Services of Oklahoma, P.C. a Domestic Professional Corporation; Justin L. Holbrook, APRN, CNP; and Steven M. Roberts, D.O.*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on July 22, 2021, I filed the attached document with the Clerk of Court.  Based on the records currently on file in this case, the Clerk of Court will transmit a Notice of Electronic Filing to those registered participants of the Electronic Case Filing System.

Chris Hammons
Jason M. Hicks
Jonathan Ortwein
LAIRD, HAMMONS, LAIRD, PLLC
1332 S.W. 89th Street
Oklahoma City, OK  73159
405-703-4567
405-703-4061 fax
chris@lhllaw.com
jason@lhllaw.com
*Attorneys for Plaintiff*

Sean P. Snider
Austin Young
Anthony C. Winter
JOHNSON, HANAN and VOSLER
9801 N. Broadway Extension
Oklahoma City, OK  73114
405-232-6100
405-232-6105 fax
ssnider@johnsonhanan.com
*Attorney for Defendants Turn Key Health Clinics, LLC, and Clayton Rickert*

Robert S. Lafferrandre
Randall J. Wood
Jessica L. Dark
PIERCE COUCH HENDRICKSON BAYSINGER & GREEN, LLP
P.O. Box 26350
Oklahoma City, OK  73126
405-235-1611
405-235-2904 fax
Email:
rlafferrandre@piercecouch.com
jdark@piercecouch.com
rwood@piercecouch.com
*Attorneys for Defendants Todd R. Gibson, Zachary Andrews, Cody Barr, Stacy Shifflett*

Ambre C. Gooch
COLLINS, ZORN & WAGNER, P.C.
429 N.E. 50th Street, 2nd Floor
Oklahoma City, OK  73105-2070
405-524-2070
405-524-2078 fax
ACG@czwlaw.com
*Attorneys for Defendants Kyle Canaan and Daniel Brown*

Jeanne M. Snider
Rickey J. Knighton
**City of Attorney**
**City of Norman**
P.O. Box 370
Norman, OK  73070
jeanne.Snider@normanok.gov
Rick.Knighton@ci.norman.ok.us;
*Attorneys for Defendants City of Norman, Keith Humphrey, Kyle Canaan and Daniel Brown*

Glen D. Huff-OBA# 4449
Robert D. Hoisington-OBA# 15090
FOLIART, HUFF, OTTAWAY & BOTTOM
201 Robert S. Kerr Avenue, 12th Floor
Oklahoma City, Oklahoma 73102
Telephone: (405) 232-4633
Fax: (405) 232-3462
glenhuff@oklahomacounsel.com
roberthoisington@oklahomacounsel.com
*Attorneys for Defendant Norman Regional Hospital Authority*

                                              */s/ Brandon C. Whitworth*