**A. W. Rousseau, M.D., PLLC**
Psychiatry
Diplomate of the American Board of
Psychiatry and Neurology
Distinguished Life Fellow of the American Psychiatric Association

April 30, 2021

Mr. Robert D. Hoisington
Attorney at Law
Foliart Huff Ottaway & Bottom
201 Robert S. Kerr
Suite 1200
Oklahoma City, OK 73102

RE: Patricia Thompson, as Personal Representative of the Estate of Marconia Lynn Kessee vs.
Norman Regional Hospital, et. al.
United States District Court for the Western District of Oklahoma
CIV-19-113-SLP

Dear Mr. Hoisington:

Pursuant to your request for a "psychological autopsy" on Mr. Marconia Lynn Kessee, the
following is my post-mortem psychiatric assessment absent of the clinical interview.

In providing to the court a psychiatric assessment, a personal interview would be considered a
significant part of the evaluation. Due to Mr. Kessee's death, a personal interview is obviously
not feasible. The American Academy of Psychiatry and the Law specifically addresses this type
of situation and recognizes that, if a personal interview is not possible, evaluators may
nevertheless come to certain medical and psychiatric conclusions, as long as it is clearly
understood by the court that no personal examination took place.

The purpose of this evaluation is to assist the court in having a better understanding of
Mr. Kessee's mental and behavioral functioning as it may pertain to the above stated lawsuit. I
will address Mr. Kessee's psychiatric diagnoses, his intellectual and cognitive functioning, the
severity of his illness and what his overall prognosis would have been if he were not deceased.

To prepare for this assessment, I have utilized the following records, which were provided by
your office:
1. The Plaintiff's Second Amended Complaint, Patricia Thompson as Personal
   Representative of the Estate of Marconia Lynn Kessee vs. Norman Regional Hospital,
   et. al., dated May 18, 2020;
2. Mr. Kessee's medical records from December 2005 to January 12, 2018, including:
   a. Alliance Health Midwest Regional Medical Center, Midwest City, Oklahoma;
   b. Cedar Ridge Behavioral Health, Oklahoma City, Oklahoma;

9401 North Kelley Avenue, Suite A • Oklahoma City, Oklahoma 73131 • Office: 405.755.4700
ArtRousseauMD@okcpsychiatry.com

EXHIBIT 1

Independent Medical/Psychiatric Evaluation
Marconia Kessee
DOB: 1/15/1983
Page 2 of 22

    c.  Community Health Centers of Oklahoma, Family Health & Dental Health, Oklahoma City, Oklahoma;
    d.  Deaconess Hospital, Oklahoma City, Oklahoma;
    e.  EMSA, Oklahoma City, Oklahoma;
    f.  Family & Children's Services, Oklahoma City, Oklahoma;
    g.  Integris Baptist Medical Center, Oklahoma City, Oklahoma;
    h.  Integris Medical Group, Oklahoma City, Oklahoma;
    i.  Integris Mental Health, Oklahoma City, Oklahoma;
    j.  Integris Southwest Medical Center, Oklahoma City, Oklahoma;
    k.  Oklahoma City Crisis Intervention Center, Oklahoma City, Oklahoma;
    l.  Oklahoma Crisis Recovery Unit, Oklahoma City, Oklahoma;
    m.  Oklahoma Heart Hospital North, Oklahoma City, Oklahoma;
    n.  Red Rock Behavioral Health Services, Oklahoma City, Oklahoma;
    o.  St. Anthony Hospital, Oklahoma City, Oklahoma;
    p.  OU Medical Center, Oklahoma City, Oklahoma;
    q.  St. Mary's Regional Medical Center, Enid, Oklahoma; and
    r.  Norman Regional Medical Center, (volumes 1-3) Norman, Oklahoma.
3.  The Chronological Index of Mr. Marconia Kessee's medical/mental health treatment;
4.  The Autopsy Report of Mr. Marconia Kessee from the Office of the Chief Medical Examiner, Oklahoma City, Oklahoma, dated May 9, 2018;
5.  The Oklahoma Department of Corrections Reception Information regarding the conviction and incarceration of Mr. Marconia Kessee;
6.  The depositions of:
    a.  Michael Cortex Washington, dated December 29, 2020;
    b.  Patricia Thompson, dated September 21, 2020; and
    c.  Marconia Green, dated October 12, 2020.

The historical information regarding Mr. Kessee prior to December 2005 was gathered from the family depositions. This information has not been verified for factual accuracy.

It should be noted that other records related to the above-mentioned lawsuit were provided to me. Records that I found not pertinent to Mr. Kessee's psychiatric assessment are not included in the above list.

Mr. Kessee's records are extensive and voluminous. In an attempt to make this report as clear and factual as possible without overwhelming the reader, I will briefly summarize the medical/psychiatric records from 2005-2017. I will then provide a more detail description of Mr. Kessee's interactions with the medical and mental health community during 2017, the year prior to his death. I have attempted to identify those interactions that will best reflect the level of severity of Mr. Kessee's psychiatric problems.

EXHIBIT 1

Independent Medical/Psychiatric Evaluation
Marconia Kessee
DOB: 1/15/1983
Page 3 of 22

Although there are numerous encounters that I have not included in this report, I will be prepared to respond to any questions regarding Mr. Kessee's interactions with the health care system.

It should also be noted that there are a number of psychiatric records, including outpatient records, that are missing. If those records are made available at a later date, I will review them and provide a supplemental report, if needed.

Identifying Data:
Marconia Kessee is a deceased African American male who, at the age of thirty-five, reportedly died of an accidental overdose of both prescription and illicit drugs on January 16, 2018. At the time of his death, Mr. Kessee was unemployed and receiving SSI disability. Although, for the majority of his life, Mr. Kessee lived with his maternal grandmother, Ms. Patricia Thompson, at the time of his death he was considered homeless.

Past Psychiatric History:
Although there are no medical records provided prior to 2005, Ms. Patricia Thompson reported in her deposition that Mr. Kessee was first hospitalized for psychiatric problems when he was eight years old. She described him as having a "condition" where he was "going to the hospital often..." She recalled taking him to St. Anthony's Children's Psychiatric Unit, where she believed the doctors diagnosed him with Bipolar Disorder, Schizophrenia and Attention Deficit Disorder. She later recalled that Mr. Kessee was diagnosed with Posttraumatic Stress Disorder, but did not believe it was secondary to physical abuse during his childhood.

Ms. Thompson considered her home as Mr. Kessee's permanent residence. She charged Mr. Kessee rent and assisted him with his other financial responsibilities, as well as tried to distribute his medications when he was staying in her home. She reported that she tried to assist Mr. Kessee until approximately a year before his death.

Contradictory to the medical records, Ms. Thompson stated that Mr. Kessee was never physically violent towards her or other family members. She described Mr. Kessee as having abnormal behaviors that lead to her having to call the police to transport him to the hospital for psychiatric treatment. She described his behaviors as being "erratic" with paranoid thinking, stating that he believed people were wanting to kill him. He also had anxiety, panic attacks, and depression. She stated that Mr. Kessee would become suicidal at times.

Ms. Thompson acknowledged that when Mr. Kessee was with his siblings, they would at times use illicit substances, even though they were aware that she disapproved of their behavior. She added that Mr. Kessee's symptoms appeared to worsen and intensify as he got older.

From December 2005 to January 2017, Mr. Kessee was seen in the emergency rooms of:

EXHIBIT 1

Independent Medical/Psychiatric Evaluation
Marconia Kessee
DOB: 1/15/1983
Page 4 of 22

1. Norman Regional Hospital, Norman, Oklahoma;
2. Oklahoma Heart Hospital, Oklahoma City, Oklahoma;
3. St. Anthony Hospital, Oklahoma City, Oklahoma;
4. Integris Southwest Medical Center, Oklahoma City, Oklahoma;
5. Mercy Health Center, Oklahoma City, Oklahoma;
6. Oklahoma University Medical Center, Oklahoma City, Oklahoma;
7. Oklahoma University Health Sciences Center, Oklahoma City, Oklahoma; and
8. Alliance Health Midwest Regional Hospital,  Midwest City, Oklahoma.

During this same time period, Mr. Kessee was assessed and treated specifically for his mental and behavioral disorders, as well as his substance abuse problems, at the following psychiatric facilities:

1. St. Anthony Behavioral Health, Oklahoma City, Oklahoma;
2. Red Rock Behavioral Health Services, Norman, Oklahoma;
3. Oklahoma County Crisis Intervention Center, Oklahoma, City, Oklahoma;
4. Oklahoma Crisis Recovery Unit, Oklahoma City, Oklahoma; and
5. Cedar Ridge Behavioral Hospital, Oklahoma City, Oklahoma.

It is also noteworthy that Mr. Kessee would frequently utilize the EMSA Ambulance Services for transportation to the different hospital facilities.  The records indicated that this would occur frequently and at times he would utilize EMSA for transportation between hospitals on the same day.

In reviewing his "chief complaints" from his emergency room visits, the most frequent included migraine, chest pain, back pain, pleurisy, right flank pain, jaw pain and toothache as well as whole body pain. There were frequent comments made by the emergency room physicians that Mr. Kessee was "drug seeking," often telling anyone coming into his room that he was in need of pain medication.  He would request as well as demand specific narcotics such as Dilaudid, morphine, Demerol, Nubain, Lortab and Percocet.

Mr. Kessee would also complain of anxiety and depression, frequently with suicidal and homicidal ideation.  There is also documentation that Mr. Kessee would become paranoid and have auditory and visual hallucinations.  This appeared to be related to Mr. Kessee taking illicit drugs or overmedicating on his prescription medications.

Over this period of time, a review of Mr. Kessee's urine drug screens identified medications that he had been prescribed at various times but also other substances, including, barbiturates, opioids, cocaine, cannabis, and PCP

EXHIBIT 1

Independent Medical/Psychiatric Evaluation
Marconia Kessee
DOB: 1/15/1983
Page 5 of 22

The following are excerpts from his medical and psychiatric records:

On September 22, 2010, Haisam Al Khouri, M.D., admitted Mr. Kessee to the St. Anthony's psychiatric unit.  A complete History and Physical Exam was done, including a psychiatric assessment.

This evaluation occurred when Mr. Kessee was 27 years old. The chief complaint identified that Mr. Kessee was having "very bad suicidal ideations and homicidal ideations."

Mr. Kessee's Mental Status Examination, completed by Dr. Al-Khouri during this hospitalization, is as follows:

> "The patient is a 27-year-old African American male who looks his stated age, he is cooperative and makes good eye contact.  He has no expressive mannerisms.  His affect is flat and his mood is depressed and irritable, he has suicidal ideations with plan to shoot himself and also has homicidal ideations towards no one in particular.  He is alert and oriented times three and has intact memory for immediate, recent and remote events. He has decreased attention and concentration and very poor insight and judgment.  General intellect appears to be average.  His reality testing is intact.  He has no paranoia or delusional thinking.  He has no auditory or visual hallucinations and no illusions.  Speech is clear and coherent.  He has no thought blocking and no flight or ideas and no loosening of associations. He also has no tangentiality and no circumstantiality."

Mr. Kessee's psychiatric diagnoses were identified as:
1. Bipolar I Disorder, recent episode depressed without psychotic features;
2. Attention Deficit Hyperactivity Disorder of Adult; and
3. Anxiety Disorder, not otherwise specified by history.

Mr. Kessee's medications included:
1. Buspar, 15 mgs. three times a day;
2. Depakote, 500 mgs. three times a day;
3. Doxepin, 100 mgs. at night;
4. Ambien, 10 mgs. at night;
5. Effexor XR, 150 mgs. in the morning: and
6. Adderall, 30 mgs. twice a day.

It was noted that he was treated for tooth pain with Ultram and Toradol

Mr. Kessee was discharged to self after a seven-day hospitalization. In the discharge summary it was noted that Mr. Kessee  had to have "limits set" for his behavior on the unit because he was "very intrusive and had no boundaries."

EXHIBIT 1

Independent Medical/Psychiatric Evaluation
Marconia Kessee
DOB: 1/15/1983
Page 6 of 22

On October 13, 2010, Mr. Kessee was taken to the Oklahoma Heart Hospital by ambulance complaining of chest pain.  Brian Pitt, D.O., identified that Mr. Kessee had been seen five different times for his pain that day.  A medical workup was completed and did not reveal any physical problems.  He subsequently initiated an Emergency Order of Detention (EOD).
Mr. Kessee was subsequently transferred to Red Rock Behavioral Health Services, Norman, Oklahoma. It should be noted that the EOD records indicated that Mr. Kessee used the name "Marconia Greene."

Richard Hartman, M.D., admitted Mr. Kessee to Red Rock and commented that he had been seen multiple times at medical facilities and had also tried to break into a hospital pharmacy.

At this time other diagnoses that were being considered included:
1.  Polysubstance Abuse;
2.  Polysubstance Dependence;
3.  Substance induced mood/behavior symptoms;
4.  Antisocial Personality/Traits; and
5.  Schizoaffective Disorder.

Mr. Kessee was subsequently discharged to his home on October 15, 2010.

Mr. Kessee's overall mental/behavioral functioning continued to worsen over the years.  By 2016, following four years of incarceration for assault and battery with a dangerous weapon, Mr. Kessee's behavior of seeking narcotics from emergency rooms was unchanged.  It is worth noting that Mr. Kessee was released from prison on July 1, 2016.  On July 2, 2016, Mr. Kessee was seen in the St. Anthony's emergency room with a chief complaint of "back pain." On the following day, July 3rd, Mr. Kessee was transported by EMSA to both Midwest City Regional and Alliance Health emergency rooms for treatment of his back pain.

The records indicated that Mr. Kessee had an increase in assessments for substance abuse with increasing symptoms of paranoia and hallucinations.  There is also noted an increase in inpatient psychiatric treatment.

On October 10, 2016, Mr. Kessee was treated at Red Rock Behavioral Health Services following an overdose of his prescription medication.  Mr. Kessee made it clear that he was not suicidal but wanted to get "high."  Mr. Kessee stated:
> "Honestly, the doctors at St. Anthony thought I was trying to commit suicide because I was overtaking my Wellbutrin.  I was just trying to get a fix, I wasn't suicidal. It makes you feel woozy.  I just wanted to do it.  I was just trying to get high."

EXHIBIT 1

Independent Medical/Psychiatric Evaluation
Marconia Kessee
DOB: 1/15/1983
Page 7 of 22


On November 16, 2016, Mr. Kessee was admitted to Cedar Ridge Behavioral Health, Oklahoma City, Oklahoma, for psychiatric treatment after being transferred from the Oklahoma County Crisis Intervention Center due to paranoia and hallucinations.  Darius Noori, M.D., documented Mr. Kessee's mental status examination on admission as follows:

> "A 33-year-old African American male appeared to be at his stated age.  Patient seems of fair intellectual functioning.  He is alert and oriented to time, place and person with delayed in his responses.  Memory is fair for recent [events].  He was able to recall 2 out of the 3 items after 5 minutes.  [He] Provided some information of historic event[s].  His ADL [Activities of Daily Living] is low.  His affect is mainly constricted.  His speech is pressured, rapid, and [examiner] has difficulty understanding him at times.  He makes appropriate eye contact and seems easily irritable.  Appears anxious.  Insight and judgment are impaired.  Patient is delusional and believes there are people after him to kill him, but he doesn't know why."

On December 5, 2016, Mr. Kessee was discharged from Cedar Ridge after a  25-day hospital stay. His diagnoses at discharge were:
1. Bipolar Disorder, Recurrent, Severe, manic, with psychotic features;
2. Attention Deficit Disorder, by history;
3. General Anxiety Disorder;
4. Hypertension; and
5. Chronic Pain.

Mr. Kessee's medications were:
1. Ambien, 10 mgs. nightly as needed for insomnia;
2. Klonopin, 1 mg. three times a day as needed for anxiety;
3. Wellbutrin XL, 300 mgs. in the morning;
4. Artane, 5 mgs. twice a day;
5. BuSpar, 15 mgs. three times a day;
6. Trileptal, 600 mgs. twice a day;
7. Strattera, 80 mgs. twice a day;
8. Abilify, 20 mgs. daily; and
9. Effexor XR, 300 mgs. daily.

On the day of discharge, December 5, 2016, Mr. Kessee overdosed on Coricidin and was hospitalized at the OU Medical Center, MICU for three days. He was subsequently discharged to continue hospitalization at the Oklahoma County Crisis Recovery Unit and was subsequently discharged on December 16, 2016.

**January 2017-January 2018**
During the year before Mr. Kessee's death, the records reflect a significant worsening of Mr. Kessee's psychiatric symptoms and a continuous decline in his ability to function in the

EXHIBIT 1

Independent Medical/Psychiatric Evaluation
Marconia Kessee
DOB: 1/15/1983
Page 8 of 22

community.  Although Mr. Kessee continued to seek treatment for pain at various hospital emergency rooms, there was a noted increase in medical/psychiatric hospitalizations due to Mr. Kessee's erratic, bizarre and at times violent behaviors.

On January 15, 2017, Mr. Kessee was transported by EMSA from his apartment to St. Anthony Hospital.  He was described  as "being violent with himself and very violent with his elderly grandma."  He had injured himself by ripping fingernails off of both of his hands. Mr. Kessee was administered injections of Haldol and Versed while being transported.  He was subsequently admitted to St. Anthony ICU with a diagnosis of Acute Encephalopathy secondary to methamphetamine and PCP ingestion.  He was discharged after eight days of hospitalization.

On February 12, 2017, Mr. Kessee was visiting a family member at St. Anthony's hospital when he began to "act out" and was described as experiencing visual hallucinations.  He was assessed by the emergency room and it appeared that he had possibly taken PCP.  He was stabilized and transferred to Oklahoma County Crisis Intervention Center on February 14, 2017.

On February 27,2017, Mr. Kessee presented to the St. Anthony's emergency room complaining of suicidal and homicidal thoughts.  The following day he returned to St. Anthony's complaining of lower back pain.  He was subsequently transferred by law enforcement to Oklahoma County Crisis Intervention Center.

During the month of March 2017, Mr. Kessee was seen at Alliance Health, Midwest City and the Oklahoma County Crisis Intervention Center on two separate occasions.  Although Mr. Kessee continued to complain of pain and was wanting pain medications, the more dominant issue appeared to be his suicidal and, at times, homicidal thoughts.

On March 30, 2017, The Oklahoma County Crisis Intervention Center's Evaluation and Referral document, which was completed by Angela Ogunbase, LADC/MH (Licensed Alcohol and Drug Counselor with Mental Health Designation) identified that Mr. Kessee was transferred to their facility due to Mr. Kessee taking 30 Seroquel tablets in the lobby of the ER, stating that "I just wanted someone to listen and help me." Although he originally described his behavior as a suicide attempt, he later stated that he was not suicidal.  Mr. Kessee self-reported that his psychiatric diagnoses were Bipolar Disorder, Schizoaffective Disorder and ADHD. He reported that he was taking Ambien, 10 mgs. at night, Latuda, 120 mgs. at bedtime, Trileptal, 300 mgs. three times a day and Gabapentin, 600 mgs. twice a day. Ms. Ogunbase concluded that Mr. Kessee was not a danger to himself or others and he was not in need of inpatient treatment. She subsequently referred him to Red Rock Behavioral Health Services for outpatient treatment.

On April 19, 2017,  Mr. Kessee was taken to the St. Anthony ER via EMSA with the chief complaint of seizure.  Mr. Kessee reportedly had a possible seizure at church, where he fell and

EXHIBIT 1

Independent Medical/Psychiatric Evaluation
Marconia Kessee
DOB: 1/15/1983
Page 9 of 22

hit his head on a church pew. He initially appeared to be stable but during the evening he began to develop "rapid rambling speech and would fall asleep during the evaluation." He was also described as being clear at times and at other times he would appear to be experiencing psychosis and unable to make basic safety decisions. He was identified as being "out of touch with reality" and psychotic.

Once Mr. Kessee was medically stabilized, he was evaluated by Adonis Al-Botos, M.D., and subsequently transferred to St. Anthony's Behavioral Health Unit. Mr. Kessee was hospitalized for a total of 13 days. Mr. Kessee's discharge summary indicated that Mr. Kessee was admitted because he was "disorganized, manic and psychotic." Dr. Al-Botos noted that, after being transferred to the psychiatric unit, Mr. Kessee continued to be very demanding, asking for controlled medications including pain medication and Klonopin. In the discharge summary Dr. Al-Botros stated the following:

> "He [Mr. Kessee] started being less demanding and not asking for pain medication as much. The patient denies any suicidal or homicidal thoughts. [He] Seems more organized. Less manic. So, the decision was to discharge the patient. At the time of discharge, the patient was not suicidal or homicidal, was cooperative and pleasant."

Mr. Kessee's discharge medications were:
1. Hydroxyzine, 50 mgs. every 6 hours as needed;
2. Tegretol XR, 1 tablet twice a day;
3. Lamictal, 150 mgs. twice a day;
4. Keppra, 500 mgs. twice a day;
5. Wellbutrin SR, 150 mgs. twice a day;
6. Artane, 5 mgs. twice a day;
7. Zyprexa, 10 mgs. twice a day; and
8. Ambien, 10 mgs. at bedtime.

Mr. Kessee was discharged with the diagnosis of Schizoaffective Disorder, Bipolar Type, and he was to be followed by his outpatient counselor and psychiatrist.

On May 7, 2017, Mr. Kessee was transported by EMSA to St. Anthony's ER with a chief complaint of chest pain. Afsaneh Foroozan, D.O., completed a cardiac evaluation and found that Mr. Kessee was stable. He was subsequently discharged. The following day, EMSA transferred Mr. Kessee to Alliance Health Midwest with the same complaint of chest pain. On May 9,2017, after expressing suicidal thoughts, Mr. Kessee was transported by the police from Alliance Health to Family and Children's Services in Tulsa, Oklahoma. Mr. Kessee was evaluated and admitted to their program but refused to participate in any of the therapies offered. He was subsequently considered to not be a danger to self or others and was discharged on May 10, 2017.

EXHIBIT 1

Independent Medical/Psychiatric Evaluation
Marconia Kessee
DOB: 1/15/1983
Page 10 of 22

Mr. Kessee apparently returned to the Oklahoma City area and, on May 15, 2017, presented to Integris Southwest Medical Center ER with suicidal thoughts. Following medical stabilization, Mr. Kessee was transferred to Integris Mental Health for admission to their psychiatric hospital.

Mr. Kessee was hospitalized under the care of Naveena Boindala, M.D., from May 15 to May 31, 2017. The medical records indicated that Mr. Kessee had "variable" participation in the groups and had "altercations with staff but did not demonstrate overt aggression as his treatment progressed." His medications were adjusted and he tolerated the changes well. Mr. Kessee's discharge summary concluded by stating:

> "At the end of his hospital stay, Marconia L. Kessee was no longer suicidal, had no homicidal thoughts, had no evidence of psychosis and was deemed to have reached maximum therapeutic benefit. Marconia L. Kessee, Jr., was discharged as a routine discharge."

Upon discharge Mr. Kessee's Mental Status Examination was within normal limits with "fair insight and judgement." Mr. Kessee's overall condition was considered stable. His discharge plan was "Home or Self-Care." He was to see his psychiatrist, Dr. Al-Khouri, and his family physician, Dr. Geohagan, following discharge. His discharge diagnoses were:
1. Principal – Schizoaffective Disorder;
2. Depression; and
3. Anxiety State.

Mr. Kessee's medications on discharge were:
1. Strattera, 100 mgs. each day;
2. Baclofen, 10 mgs. three times a day;
3. Wellbutrin, 150 mgs. twice a day;
4. Gabapentin, 300 mgs. four times a day;
5. Zyprexa, 20 mgs. each night;
6. Doxepin, 25 mgs. as needed for sleep;
7. Hydroxyzine, 100 mgs. every 8 hours as needed for anxiety;
8. Norvasc, 10 mgs. each day for blood pressure;
9. Metformin, 500 mgs. twice a day;
10. Artane, 2 mgs. three times a day;
11. Trileptal, 600 mgs. twice a day; and
12. Tramadol, 50 mgs. four times a day as needed for pain.

One week later, on June 8, 2017, Mr. Kessee was transported by EMSA to St. Anthony's ER with the chief complaint of "acting strange at the Red Roof Inn." Mr. Kessee was slurring his speech and was disoriented. A complete medical work up was done including an EEG, which was read as normal. Bethany Shawell, R.N., documented in the chart that she had talked with

EXHIBIT 1

Independent Medical/Psychiatric Evaluation
Marconia Kessee
DOB: 1/15/1983
Page 11 of 22

Ms. Patricia Thompson regarding Mr. Kessee and found out that Mr. Kessee had been snorting his Wellbutrin and Lorazepam instead of taking it as directed.  Ms. Shawell added, "Pt was found to have a dried white substance around mouth and nose at arrival to hospital."

On June 11, 2017, Mr. Kessee was transferred back to Integris Mental Health under the care of Weixin Lu, M.D., where he was hospitalized for 8 days. Dr. Lu described Mr. Kessee in her discharge summary as:

> "Putting forth good efforts in obtaining his treatment plans and goals,
> actively participated in therapies and unit activities, and reported significant
> benefit from them.  The patient has been compliant with medications.  The
> patient was able to openly discuss his pre-hospitalization issues, and has
> developed better insights into and coping skills about his mental problems.
> Marconia L. Kessee, Jr., showed gradual and steady improvement in is mood
> during the hospital stay."

Staff notes indicated that, at times during his hospital stay,  Mr. Kessee was inappropriate to staff as well as other patients.  At times his behavior would be identified as aggressive and threatening, especially when the staff would confront him.

Mr. Kessee's medications were basically unchanged and he was to see Dr. Al-Kouri for continued outpatient psychiatric treatment.

On June 23, 2017, four days after discharge from Integris Mental Health, Mr. Kessee  was seen at St. Anthony's ER two separate times. The first was to be evaluated for chronic pain. Mr. Kessee was discharged without any change in medications.  Later that afternoon, he was seen at Alliance Health Midwest ER with a chief complaint of chest pain, as well as suicidal and homicidal thoughts.  Mr. Kessee was subsequently referred to Steven Cox, D.O., at Red Rock Behavioral Health for admission.  On June 29, 2017, April Bergen, MSW (Under Supervision) wrote that:

> "Client is being discharged home to self.  Client has all needed medications
> at home and was not discharged with any.  Client denies any psychotic
> symptoms as well as SI/HI/plan/intent at this time.  Outpatient appointment
> was scheduled with Oklahoma Psychiatric Services for outpatient counseling
> and medication management."

Mr. Kessee made two visits to the Saint Anthony ER on July 8, 2017, complaining of pain related to an ingrown toenail. He returned on July 9 and 10 with the same complaint, requesting pain medication.

On July 12, 2017, Mr. Kessee arrived as a "drop-off via law enforcement" at the Oklahoma County Crisis Intervention Center.  Julie Stillic, L.P.C., stated that Mr. Kessee was not suicidal or

EXHIBIT 1

Independent Medical/Psychiatric Evaluation
Marconia Kessee
DOB: 1/15/1983
Page 12 of 22

homicidal, but he needed to get his medications refilled. She noted that Mr. Kessee has had "30 episodes" at Oklahoma County Crisis Intervention Center. She subsequently referred him to Red Rock Behavioral Health Services.

Between July 13, and July 20, 2017, Mr. Kessee was seen multiple times in emergency rooms with complaints of ingrown toenail, back pain and chest pain, as well as suicidal thoughts These included: Alliance Health Midwest ER, Integris Medical Center ER and Integris Southwest Medical Center ER.

On July 20, 2017, Mr. Kessee presented to the Integris Southwest Medical Center ER with suicidal ideation. After assessing that he was medically stable, he was readmitted for the third time that year to Integris Mental Health for a 10-day hospital stay. Comments from the nursing notes described Mr. Kessee as loud, intrusive, argumentative, provoking to others, drug seeking and sexually inappropriate.

Mr. Kessee's discharge summary completed by Dr. Tu Bui, M.D., had the following comments:
"During his stay, patient would show moments of extreme mood lability and would frequently test his boundaries. He would also demonstrate medication seeking behaviors such as asking for medications early, requesting increase in medication doses without clear indication or explanation. [He was] found with crushed pills which looked like his Wellbutrin in his room."

Mr. Kessee's diagnoses at discharge were:
1. Principal – Schizoaffective Disorder;
2. History of ADHD;
3. History of drug abuse;
4. Seizure; and
5. Hypertension.
Mr. Kessee's medications were basically unchanged from his last admission to Integris Mental Health.

Within a week Mr. Kessee was again seen at Oklahoma City Crisis Intervention Center with both suicidal and homicidal thoughts, stating that he wanted to kill himself and kill his family. He was admitted to Red Rock Behavioral Health on August 9, 2017, under an Emergency Order of Detention. He was discharged on August 14, 2017.

On August 15, 2017, Mr. Kessee was transported from Grace Rescue Mission to Integris Medical Center ER. He was subsequently admitted to the psychiatric unit under the care of Hashib Faruque, M.D., secondary to suicidal thoughts with a plan to overdose on his pills.

EXHIBIT 1

Independent Medical/Psychiatric Evaluation
Marconia Kessee
DOB: 1/15/1983
Page 13 of 22

During his hospital stay it was noted that Mr. Kessee had difficulties conforming to the unit policies.  He was also found "cheeking" his pills, crushing them and trying to snort them.  He was described as being very demanding and with "drug seeking behaviors," specifically for benzodiazepines and pain medication.

Mr. Kessee was discharged on August 25, 2017.  His diagnoses were Schizophrenia, Asthma and Seizure Disorder.  On the evening of that same day, Mr. Kessee was taken by EMSA to Integris Southwest Medical Center ER, complaining of anxiety as well as suicidal and homicidal ideations.  Dr. Faruque refused to readmit him and he was subsequently transferred to Red Rock Behavioral Health.

Mr. Kessee was hospitalized at Red Rock from August 26, 2017, to September 1, 2017.  On September 2, 2017, at 7:08 am, Mr. Kessee was seen at Integris Southwest Medical Center with suicidal ideations, anxiety and chronic pain.  Mr. Kessee reported that his eldest son had died. "My baby momma killed him." He was admitted to the psychiatric unit for further treatment.

Mr. Kessee was described as argumentative, threatening, demanding and drug seeking, as well as sexually inappropriate to other patients.  He was discharged on September 8, 2017.

The following day, September 9, 2017, Mr. Kessee presented to the Oklahoma County Crisis Intervention Center via law enforcement.  He was described as "incoherent and delusional while exhibiting paranoid behaviors." He was admitted to the Oklahoma Crisis Recovery Unit for stabilization and treatment.

Although the records are difficult to follow, apparently Mr. Kessee was discharged from the Oklahoma Crisis Recovery unit on September 12, 2017.  That same day he presented to the Integris Mental Health, arriving by bus, complaining of continued suicidal ideation.  He was assessed as not fulfilling the "acute criteria" for inpatient treatment.  From that point Mr. Kessee was seen at St. Anthony's ER, Oklahoma County Crisis Intervention Center and Alliance Health, Midwest City, before returning to Integris Mental Health on September 15, 2017.  At that time, he was admitted under an Emergency Order of Detention for suicidal ideation.  Mr. Kessee was hospitalized from September 15 to September 20, 2017.

On September 20, 2017, the same day of his discharge from Integris Mental Health, Mr. Kessee presented to the St. Anthony ER via EMSA secondary to having a seizure.  Following a medical workup, Mr. Kessee was discharged on September 21, 2017.  That same day he was once again transported by EMSA back to St. Anthony's ER, following an incident where he had to be restrained by the Oklahoma City Police Department.  He apparently was acting erratically toward his grandmother.  At the emergency room he was so agitated that he was intubated and sedated on propofol.  He was subsequently admitted for medical stabilization.  Mr. Kessee was

EXHIBIT 1

Independent Medical/Psychiatric Evaluation
Marconia Kessee
DOB: 1/15/1983
Page 14 of 22

discharged on September 27, 2017, with the psychiatric diagnoses of Psychosis, Methamphetamine Abuse and Schizoaffective Disorder.

Within less then 24 hours following his discharge, Mr. Kessee was once again presenting to emergency rooms and mental health facilities.  From September 27 to October 24, 2017, Mr. Kessee was seen at Alliance Health, Midwest City, Oklahoma County Crisis Intervention Center, Integris Southwest Medical Center ER, Integris Mental Health Center, OU Medical Center ER and Red Rock Behavioral Health at least 14 different times.

On October 24, 2017, Mr. Kessee was again admitted to Integris Mental Health secondary to "Depression and Suicidal Ideation." He was discharged on October 30, 2017.  The discharge summary identified that he did not appear to utilize coping skills learned during his admissions. He continued to be noncompliant with his medications as well as inappropriate and manipulative toward the staff during his hospital stay.

Mr. Kessee's discharge diagnoses included Posttraumatic Stress Disorder (PTSD).  His medications remained Wellbutrin, Zyprexa, Strattera, gabapentin and tramadol.

On October 31, 2017, the following day after his discharge from Integris Mental Health, Mr. Kessee was seen at Norman Regional Hospital ER with a subsequent transfer to Red Rock Behavioral Health, presenting with suicidal ideation with the plan to overdose.  Mr. Kessee stated that he had been off his medications for a week because they were stolen at the homeless shelter.  He was admitted on November 1, 2017, on a voluntary basis. The admission note stated, "This is his third admit this month.  This is his sixth admit since June."

The following day, November 2, 2017,  the Intervention Team documented that Mr. Kessee was: "Taking [his] medications. Denies suicidal ideation. Denies homicidal ideation.  Denies psychotic symptoms, sleeping well, eating well, interacting well with peers and staff.  No aggression observed. He is discharged home to self with a one-day supply of medications."

From November 6 to November 15, 2017, Mr. Kessee  was seen at least 11 times at the following facilities: Mercy Behavioral Health, St. Anthony's ER, Integris Mental Health, Midwest City Hospital ER, Integris Medical Center and Integris Southwest Medical Center ER. He was frequently transported by EMSA.

On November 16, 2017, Mr. Kessee is seen at Alliance Health ER for suicidal ideations and chronic pain.  The records reflect that Mr. Kessee was subsequently transported by the Midwest City Police Department to St. Mary's Regional Medical Center in Enid, Oklahoma.

Jahangir Ghaznavi, M.D., admitted Mr. Kessee to the St. Mary's Behavioral Health Center with chief complaints of suicidal thoughts, insomnia, anxiety and pain.  Mr. Kessee's Mental Status

EXHIBIT 1

Independent Medical/Psychiatric Evaluation
Marconia Kessee
DOB: 1/15/1983
Page 15 of 22

Examination identified anxiety and depression with significant impairment of attention and concentration. Dr. Ghaznavi did not identify any abnormal thought processes or thought content. During his hospitalization, it was noted that Mr. Kessee was "drug seeking" and would lie to the staff regarding his medications.

Mr. Kessee was discharged on November 21, 2017. His psychiatric diagnoses were:
1. Generalized Anxiety Disorder;
2. History of Attention Deficit Hyperactivity Disorder; and
3. Severe Recurrent Major Depressive Disorder with psychotic and melancholic features.

His discharge medications were:
1. Amlodipine, 10 mgs each day;
2. Atomoxetine (Strattera), 100 mgs. each day;
3. Baclofen, 10 mgs. three times a day;
4. Wellbutrin, 300 mgs. each day;
5. Doxepin, 50 mgs. at night;
6. Guanfacine, 1 mg. twice a day;
7. Olanzapine (Zyprexa), 20 mgs at night; and
8. Tramadol, 75 mgs. every 6 hours as needed.

Mr. Kessee apparently returned to Oklahoma City. On November 30, 2017, he presented to the Integris ER two separate times. The first contact was for chest pain and the second for right hip pain. He was considered stable and subsequently discharged

On December 2, 2017, Mr. Kessee was seen at the Deaconess Hospital ER with the chief complaint of depression and homicidal ideation. He denied any suicidal ideation. James Le, D.O., medically cleared Mr. Kessee and he was subsequently transferred back to St. Mary's Regional Medical Center.

Mr. Kessee was readmitted on December 3, 2017, to St. Mary's Behavioral Health Center for homicidal ideation toward his family. It was observed that he stabilized quickly and was discharged on December 7, 2017.

Mr. Kessee returned to Oklahoma City and by December 13, 2017, was being seen at the Integris Baptist Medical Center ER presenting with headache.

On December 24, 2017, Mr. Kessee was seen at the St. Anthony's ER with suicidal and homicidal thoughts. Mr. Kessee pointed out that he was staying in a hotel and had not eaten in two days. He was assessed as not an immediate threat to himself or others and that he did not meet Acute Mental Health Criteria for inpatient treatment. He was subsequently discharged.

EXHIBIT 1

Independent Medical/Psychiatric Evaluation
Marconia Kessee
DOB: 1/15/1983
Page 16 of 22

On December 25, 2017, Mr. Kessee presented to the Oklahoma County Crisis Intervention Center. It is noted that he arrived voluntarily and unaccompanied. He reported to Gilbert Doh, LPC ,that he was hearing voices and seeing things. The voices were telling him to kill himself and others. Mr. Doh commented:

> "Pt. is a regular at the Crisis Center with 44 episodes and has a history of multiple inpatient treatments in multiple facilities. Pt. has the habit to embellishing his mental health symptoms to enable him [to] get IP [inpatient] tx [treatment]. Despite the fact that Pt reports A/V/H [auditory, visual Hallucinations], [patient]was not observed with any evidence of hallucination[s] and appears physically stable with thoughts and speech intact. Base[d] on the fact that Pt doesn't present with any risk factors as observed by this LMHP [Licensed Mental Health Professional]. Pt would be d/c [discharged] and referred to his current provider at OKC Psychiatric Services"

Later that morning, EMSA transported Mr. Kessee from Crisis Intervention Center to Alliance Health Midwest due to a complaint of chest pain. Mr. Kessee was described as argumentative and noncompliant. He was also demanding narcotics. At one point, Mr. Kessee began to describe depression with suicidal and homicidal thoughts. He was subsequently transferred back to Oklahoma County Crisis Intervention Center. During this admission intake, Gilbert Doh, LPC, considered Mr. Kessee's depression as severe and that he was a danger to himself and to others and subsequently admitted him under an Emergency Order of Detention.

It is unclear as to the exact series of events that occurred, but Mr. Kessee was referred by Crisis Intervention Center to Green County Behavioral Health Services, Muskogee, Oklahoma. It appears that he was admitted on January 1, 2018 and discharged on the same day. His drug screen was noted to be positive for cannabis and amphetamines.

On January 4, 2018, Mr. Kessee was seen at St. Anthony's ER, Integris Baptist Medical Center ER, and Deaconess ER with the complaint of back pain. He subsequently was transported to Oklahoma County Crisis Intervention Center. Mr. Kessee was then referred to Red Rock Behavioral Health. He arrived at Red Rock on January 5, 2018, but refused any assistance and stated that he was going to go to his grandmother's home.

On January 6, 2018, Mr. Kessee initially presented to the OU Medical Center with a migraine headache. It was noted by Renee Gudgel, APRN, that "patient continuously demanded narcotics for relief of his migraine. Review of the records show he has chronic substance and opioid abuse." Mr. Kessee accepted a non-opioid treatment and left. His workup included an ECG and CT scan, which were found to be normal.

Later that afternoon, Mr. Kessee returned to OU Medical Center with a complaint of backpain and was requesting narcotics. He was "discharged to home with Norflex." He returned a third

EXHIBIT 1

Independent Medical/Psychiatric Evaluation
Marconia Kessee
DOB: 1/15/1983
Page 17 of 22

time, but this time his complaint was having suicidal and homicidal thoughts as well as having a migraine.  He again requested pain medication.

The next day, January 7, 2018,  Mr. Kessee returned to OU Medical Center stating that he had chronic pain and wanted to end his life.  He was transferred back to the Oklahoma County Crisis Intervention Center and was again seen by Mr. Doh who referred him back to Red Rock Behavioral Health Services.

Mr. Kessee arrived at Red Rock on January 8, 2018, but left before receiving any assistance from his case manager.  It was reported that he had gotten kicked out of the Lincoln Inn, where he was staying.  It appeared that Mr. Kessee left Red Rock and was transported to St. Anthony's ER by EMSA  with the complaint of back pain.  He was noted to be requesting narcotics and benzodiazepines.  He also had EMSA transport him to Deaconess ER on the same date.

On January 9, 2018, Mr. Kessee was seen at Red Rock Behavioral Health to assess if he was eligible for PACT (Program of Assertive Community Treatment).  PACT is designed to provide comprehensive, community-based services and support to people with more intensive psychiatric needs.  It was assessed that Mr. Kessee met the criteria to be accepted into the program.  Mr. Kessee implied that he was interested so they moved forward with the process of enrolling him in the program.  From the notes provided it appeared that PACT was initiated and his case worker was assisting Mr. Kessee with his lodging and medications.

On January 16, 2018, at 2:06 A.M., on the day of his death,  Mr. Kessee presented to the Alliance Health Midwest ER with the complaint of chest pain.  After he was deemed medically stable, he was transferred via law enforcement to the Oklahoma County Crisis Intervention Center.  Gilbert Doh, LPC., evaluated Mr. Kessee and commented that this was Mr. Kessee's 49th episode at this facility.  Mr. Doh documented the following Mental Status Examination:
> "Appearance: Dressed- Well; Hygiene - Good, dressed casually.
> Personal: Groomed - well; Posture – Good; Eye Contact - Good; Motor activity – Normal.
> Behavior: Cooperative; Supportive; Attention Seeking; Needy.
> Orientation: Oriented to Place; Oriented to Time; Oriented to Person x4.
> Memory/Concentration: Normal:  Actively Participated; Able to focus; Intact.
> Cognition/Intellect: Average; Within normal limits.
> Affect/Mood: Depressed/Sad; Anxious/Fearful.
> Speech: Coherent; Appropriate to age/Intellect, Fluent.  Thought process: Denied any distortion; Coherent.
> Perception Issues:  Denied Perception Distortion; pt. denies A/V/H [auditory/visual hallucinations] and was not observed responding to internal stimuli. Suicidal/Homicidal: Ideation – suicidal; States he is depressed because his family isn't helping him, but he lives with his grandmother.

EXHIBIT 1

Independent Medical/Psychiatric Evaluation
Marconia Kessee
DOB: 1/15/1983
Page 18 of 22

<u>Drug/Alcohol Use</u>:  Hx of street drug abuse- UDS [urine drug screen] positive for amphetamine."

Mr. Kessee's list of medications that were filled on January 10, 2018, from Red Rock Behavioral Health's records were:

1. Wellbutrin (Bupropion), 100 mgs. three times a day;
2. Ativan (Lorazepam), 1 mg. twice a day;
3. Melatonin, 10 mgs. at bedtime;
4. Strattera (Atomoxetine), 100 mgs. each day;
5. Valerian Root Complex, 1 capsule at bedtime; and
6. Amlodipine, 5 mgs. at bedtime.

Mr. Doh contacted Mr. Kessee's PACT case manager, Lorraine King, and informed her that Mr. Kessee was at the Crisis Center.  Mr. Kessee began calling his case manager multiple times, demanding immediate assistance.  That afternoon, Mr. Kessee was removed from PACT due to his aggressive, demanding and inappropriate behavior toward the case manager.  The case manager identified that Mr. Kessee was harassing her and that, if it continued, she would file a Victim's Protective Order (VPO).

At approximately 5:30 P.M. that evening, Mr. Kessee  arrived at the Norman Regional Hospital ER and was seen by Justin Holbrook, APRN.  Mr. Kessee  stated that he had a headache for two days and was requesting Norco, a narcotic pain medication.  He was assessed as medically stable with "drug seeking behavior" and was subsequently discharged without any narcotics.

It was reported to the ER staff that Mr. Kessee had no place to stay and had no identification to allow him to stay at the Salvation Army.  The Norman Police were contacted to assist Mr. Kessee in registering at the Salvation Army for the night.

It was reported that Mr. Kessee was uncooperative and would not leave the hospital grounds. The police received a "Fit For Incarceration" slip from Mr. Holbrook and Mr. Kessee was subsequently taken to the Cleveland County Detention Center.

At 9:54 pm that evening, Norman Regional Hospital received a call that Mr. Kessee was being transported back to the ER in cardiac arrest.  Cardiac resuscitation was attempted but there was no response. The code was called and he was pronounced dead at 10:37 p.m.

On May 9, 2018, the autopsy report was finalized.  The Medical Examiner, Edana Stroberg, D.O., identified the probable cause of death as an accidental overdose of a combination of bupropion, methamphetamine and atomoxetine toxicity.

EXHIBIT 1

Independent Medical/Psychiatric Evaluation
Marconia Kessee
DOB: 1/15/1983
Page 19 of 22

Psychosocial History

Mr. Kessee was born on January 15, 1983, to Celestine and Marconia Green.  At the time of his birth, his mother and father were in prison.  Ms. Thompson, Mr. Kessee's grandmother, stated that she accepted responsibility for Mr. Kessee and took him home from the hospital when he was three days old.  Mr. Kessee was primarily raised by his grandmother.  She reported that he never lived with either of his parents while growing up.

Mr. Kessee was placed on disability when he was 18 years old.  Ms. Thompson was initially in charge of Mr. Kessee's funds, but she recalled turning this responsibility over to his caseworker, Linda Jackson, during the last year of his life. It was her understanding that Ms. Jackson was distributing his funds as well as his medication.

Ms. Thompson stated that she and Mr. Kessee had moved to Chicago, Illinois, during the late 1990's to stay with her son, Arnelious, during Mr. Kessee's "grade school years."
Ms. Thompson reported that they lived in Chicago for approximately ten years before returning to Oklahoma.

She also stated that Mr. Kessee was in a relationship with a woman named Iris Smith while they were living in Chicago.  They were not married, but had a son, Cody or Connie-Devan Smith.  Mr. Kessee had little if any contact with his son.  Ms. Thompson believed this was secondary to Mr. Kessee's substance abuse.

Mr. Kessee had a brother, Arnelious and a sister, Sabrina.  Ms. Thompson described both of them as having a substance abuse problem.  She acknowledged that they would use drugs with Mr. Kessee.  Both Arnelious and Sabrina lived with Mr. Kessee at Ms. Thompson's home for the five years prior to Mr. Kessee's death.

Mr. Kessee reportedly completed school through grade 9.  He enjoyed music and played keyboard, organ, piano and drums.  It was reported by Ms. Thompson that Mr. Kessee had performed at churches and, although not verified, Ms. Thompson believed that Mr. Kessee played for professional bands including Willie Nelson.

In 2004, Angela Kessee, Mr. Kessee's aunt, committed suicide.  It was reported that this was very upsetting to Mr. Kessee and led to him having to be hospitalized.

Mr. Kessee was incarcerated with the Oklahoma Department of Corrections from January 31, 2012, to July 1, 2016. He served four years on a nine-year imposed sentence. The offense was Assault and Battery with a dangerous weapon.

It was reported that Mr. Kessee's mother died of a drug overdose in 2014.

EXHIBIT 1

Independent Medical/Psychiatric Evaluation
Marconia Kessee
DOB: 1/15/1983
Page 20 of 22

Opinions:
As previously stated, the following opinions regarding Mr. Kessee's psychiatric assessment are based on the medical records and depositions provided to me and are absent of a clinical interview.

1.  I consider the following to be Mr. Kessee's psychiatric diagnoses:
    a.  Schizoaffective Disorder, Bipolar Type
        Throughout the medical and mental health records, Mr. Kessee's mood had been identified as depressed, manic and irritable, as well as aggressive. These symptoms led to some of the mental health clinicians diagnosing Mr. Kessee with Bipolar Disorder and/or Major Depressive Disorder. Other assessments identified symptoms of psychosis, auditory and visual hallucinations as well as paranoia as the primary symptoms and the diagnosis of Schizophrenia would be utilized.

        The Diagnostic and Statistical Manual, 5th Edition (DSM-5) has a separate category identified as Schizoaffective Disorder which allows, within the diagnosis, both schizophrenic symptoms as well as mood swings of both depression and mania. The records reflect that a number of clinicians utilized this diagnosis. Based on Mr. Kessee's presentations of both schizophrenic and Bipolar symptoms, it is my opinion that Mr. Kessee's primary mental illness is Schizoaffective Disorder, Bipolar Type.

        It is worth noting that in reviewing Mr. Kessee's list of medications prior to his death, it did not include any antipsychotic or mood stabilizing medications. Prior to his last list of prescriptions, Mr. Kessee had been taking medications such as Latuda, Abilify or Zyprexa that were prescribed to control his thought and mood disorders.

    b.  Poly-Substance Abuse
        Mr. Kessee's records indicated that a number of urine drug screens revealed the use of illicit drugs such as PCP, cannabis, methamphetamines, cocaine and barbiturates. The records also identified that Mr. Kessee would abuse alcohol as well as his prescription medications. It was reported that he would overmedicate including crushing and snorting his pills to get high.

        The combination of having a psychiatric disorder and a substance abuse problem is often referred to as a "Dual Diagnosis." The fact that Mr. Kessee had a poly-substance abuse problem made the diagnosis of his other psychiatric disorders extremely challenging. Using illicit drugs and/or alcohol will mimic or exacerbate many psychiatric symptoms. This makes it not only difficult to identify what the

EXHIBIT 1

Independent Medical/Psychiatric Evaluation
Marconia Kessee
DOB: 1/15/1983
Page 21 of 22

underlying psychiatric disorders may be but clouds the etiology of the symptoms and complicates establishing the best treatment approach.

c.  Attention Deficit Disorder with Hyperactivity (ADHD)  by history
Based on the deposition of Ms. Patricia Thompson, Mr. Kessee's grandmother, Mr. Kessee was diagnosed with a mental illness when he was 8 years old.  She was not sure as to what his diagnoses might have been at that time.  ADHD is a diagnosis of childhood and, within a medical probability, could have been one of Mr. Kessee's original psychiatric diagnosis.  His medical/psychiatric records during that time would assist in clarifying other possible childhood diagnoses.  His medical records reflect that the diagnosis of ADHD was utilized and at various times he was treated with Strattera as well as psychostimulants (amphetamines) for symptom control.

d.  Posttraumatic Stress Disorder (PTSD)  by history
It is unclear in the medical records as to where this diagnosis originated or what the specific traumatic event was that initiated the diagnosis.  There were reports in Mr. Kessee's history that implied the traumatic event was secondary to childhood trauma but Ms. Thompson disagreed with this.  There has also been mentioned that the suicidal death of Mr. Kessee's aunt in 2004 might have been the traumatizing incident.

e.  Anxiety Disorder, Unspecified
Mr. Kessee described significant anxiety throughout his medical records.  The anxiety symptoms could be related to a primary psychiatric diagnosis or part of the symptomology of his PTSD.  It is also within a medical probability that his anxiety symptoms were related to his medications, especially when he was overmedicating himself.

2.  Mr. Kessee had also been diagnosed with "seizures."  It is within a medical probability that Mr. Kessee's seizures were secondary to his poor compliance and overmedicating on his Wellbutrin, Strattera and his illicit use of amphetamine derivatives.  All  of these medications  are known to lower seizure threshold.

3.  Mr. Kessee's records revealed that he continuously struggled with social and interpersonal relationships.  This struggle worsened during the last year of his life.  This is reflected in his inability to live with his grandmother and other family members as well as his evictions from various apartments, motels and shelters.  The enrollment in PACT was an attempt to assist Mr. Kessee, but his inappropriate behaviors and poor social skills led to a failure of this program.

EXHIBIT 1

Independent Medical/Psychiatric Evaluation
Marconia Kessee
DOB: 1/15/1983
Page 22 of 22

4.  Within a medical probability, Mr. Kessee's baseline intellectual functioning was within a normal range for his age and education.  The records reflect that Mr. Kessee had  very poor insight and judgement relating to his mental illness.  When Mr. Kessee would abuse substances, there would be a significant impairment in both his cognitive and intellectual functioning.

5.  My assessment of Mr. Kessee's overall prognosis would be extremely guarded to poor.  It is well documented that Mr. Kessee was experiencing a continued decline in his overall functioning.  Mr. Kessee was unable to maintain any form of social relationships that could have provided a supportive network.  As identified in the reports of January 16, 2018, Mr. Kessee had alienated his family as well as PACT, leaving him with no support in assisting him with his activities of daily living and his medical/psychiatric needs.

6.  The autopsy report indicated that Mr. Kessee died of an accidental overdose of bupropion, atomoxetine and methamphetamine.  Based on the information provided, I am in agreement with the Medical Examiner that this was an accidental overdose and not a suicide.  Mr. Kessee had a history of non-compliance of his prescription medications and it is within a medical probability that he overmedicated himself with bupropion and atomoxetine.  It is also within a medical probability that Mr. Kessee combined these medications with a non-prescribed methamphetamine, which subsequently led to his death.

**All opinions are considered to be within a reasonable medical probability and are based on the information provided.  These opinions are subject to change if further documents are reviewed.**

Respectfully Submitted,

A. W. Rousseau, M.D., D.L.F.A.P.A.

EXHIBIT 1

<u>**Curriculum Vitae**</u>
**Arthur William Rousseau, M.D.**
**Distingushed Life Fellow of the American Psychiatric Association**
**A. W. Rousseau, M.D., PLLC**

**Personal Data:**
> Office:  9401 North Kelley Avenue, Suite A, Oklahoma City, Oklahoma, 73131
> Telephone:  Office:  (405) 755-4700  Fax:  (405) 755-6900
> Email:  ArtRousseauMD@okcpsychiatry.com

> Birth date:  December 20, 1948          Marital Status:  Married:  11/18/72
> Citizenship:  United States               Spouse:  Lyla
> Children:  Lauren, Birth date:  9/24/77   Grandchildren: Luke, Kingston,
>       Justin,   Birth date: 7/17/79          Scarlette, Roman,
>       Jordan,  Birth date: 6/28/83           Reagan, Odin and Tess

**Medical License:**
> Oklahoma Medical License granted January, 1982  (active), No.  13493
> Oregon Medical License granted October, 1979 (inactive), No.  12032

**Board Certification:**
> Diplomate of the American Board of Psychiatry and Neurology,
>     November, 1985, No. 27537
> Diplomate of the National Board of Medical Examiners,
>     July, 1979, No. 203165

**Current Positions:**
> Private Practice of Psychiatry, Oklahoma City, Oklahoma,
> Clinical Professor of the Department of Psychiatry and Behavioral Sciences, University
>     of Oklahoma College of Medicine,
> Chairman of the Oklahoma State Medical Association Council on State Legislation and
>     Regulation, 2013 to present
> Councilman at Large, Oklahoma Psychiatric Physicians Association
> Psychiatry Representative to Oklahoma Patients Coalition: A coalition to provide access
> to quality medical care for the citizens of Oklahoma,
> Member of the Oklahoma State Medical Association's COVID-19 Task Force

**Medical Staff Privileges:**
> Mercy Health Center, Oklahoma City, Oklahoma,
>     1982 to 1988 (courtesy), 1988 to 1997 (active), 1997 to 2016 (consulting)
>     Medical Director, Mercy Psychiatric Center, Oklahoma City, Oklahoma,
>         January, 1988, to October, 1995
>     Founding Medical Director and psychiatric consultant for the development of
>     programs and facilities for the Mercy Psychiatric Center:
>         Psychiatric inpatient units for adolescents and adults
>         Dual Diagnosis programs for adolescents and adults

**Medical Staff Privileges (cont'd)**
> Mercy Health Center, Oklahoma City, Oklahoma, (cont'd)

EXHIBIT 1

Page 2 of 11 – Rousseau

Partial hospitalization programs for adolescents and adults
Chairman, Division of Psychiatry,
January, 1988, to September, 1989
Chairman, Department of Psychiatry,
September, 1989, to December, 1994
Baptist Medical Center, Oklahoma City, Oklahoma,
1982 to 1988 (active), 1988 to 2001 (courtesy), 2001,( inactive)
St. Anthony Hospital, Oklahoma City, Oklahoma,
1982 to 2002, (courtesy) 2002 to present (inactive)
Deaconess Hospital, Oklahoma City, Oklahoma
1998 to 2002

**Professional Organizations:**
Oklahoma Alliance for the Mentally Ill, 1990 to present
American Psychiatric Association, 1982 to present
Public Affairs Representative, 1998 to 2011
Oklahoma Psychiatric  Physicians Association, 1982 to present
Councilman, 1990, 1991, and 1996 to 1999
Vice-President, 1993
President- Elect, 1994
President, 1995
Counselman at Large, 2010 to present
Editor of the <u>Oklahoma Psychiatry</u> Newsletter, 1998 to 2011
American Medical Association, 1978 to present
Oklahoma State Medical Association, 1982 to present
Alternate delegate, 1989
Oklahoma County Medical Society, 1982 to present
Central Oklahoma Psychiatric Society, 1985 to present
President-Elect, 1988
President, 1989
Oklahoma Medical Political Action Committee, 1985 to 1995
Oklahoma County Mental Health Association, 1986 to present
American Board of Forensic Examiners, 1995 to 2002
American Academy of Psychiatry and the Law, 1995 to present

**Committees:**
Oklahoma State Medical Association's Covid-19 Task Force, May 2020 to present
Chairman of the Oklahoma State Medical Association Council on State Legislation and
Regulation, 2013 to present
Chairman, Subcommittee on Scope of Practice, 2010 to 2013
PatientsFirst Oklahoma: A Coalition to provide access to quality medical care for the
citizens of Oklahoma, Co-Chair, 2005 to 2006
Member, 2007 to present
Oklahoma State Medical Association, Ad Hoc Committee on Mental Health,
2001 to present
**Committees (cont'd):**
Oklahoma Psychiatric Physicians Association, Executive Council,
1989 to present
Oklahoma Psychiatric Physicians Association, Public Information Committee,

<span style="color:red">EXHIBIT 1</span>

Page 3 of 11 – Rousseau

        1985 to present
        Co-Chairman, 1991 to 1998
        Chairman, 1998 to 2010
Oklahoma Psychiatric Physicians Association Legislative Committee,
        Member, 1998
        Chairman, 2010 to present
Oklahoma State Legislature, Task Force on Parity for Mental Illness Insurance
        Coverage, 1996 to 1997
American Psychiatric Association, Committee on Psychiatric Dimensions of Disasters,
        Council on National Affairs, 1996 to 1999
        Consultant, 1999 to present
Oklahoma Psychiatric Association, Oklahoma State Legislative Network,
        1997 to present
Mercy Physician Organization, Contracting Committee,
        1994 to 1995
Mercy Health Center Physician Hospital Organization (PHO) Steering Committee,
        1993 to 1994
Oklahoma Psychiatric Physicians Association, Disaster Committee,
        1996 to 2006
Oklahoma Psychiatric Physicians Association, Economic Affairs Committee, Chairman,
        1993 to 1998
Oklahoma Psychiatric Physicians Association, Educational Program Committee,
        1993 to present
Oklahoma Psychiatric Physicians Association, Practice Standards Task Force,
        1991 to 1993
Oklahoma Psychiatric Physcians Association, Planning Committee,
        1990 to 1994
Medical Executive Committee, Mercy Health Center,
        1989 to 1994
Electro Convulsive Therapy Committee, Mercy Health Center,
        1989 to 1995
Utilization Review Committee, Baptist Medical Center,
        1985 to 1988
Adolescent Program Subcommittee, Baptist Medical Center,
        1984 to 1988

**Teaching:**
University of Oklahoma College of Medicine,Department of Psychiatry and
        Behavioral Sciences,
            Clinical Professor, June 2001 to present
            Clinical Associate Professor, June, 1995 to June 2001
            Clinical Assistant Professor, June, 1989 to June, 1995
            Clinical Instructor, November, 1983 to June, 1989
**Teaching (cont'd)**
Weekly Psychodynamic Seminar 2002-2010
Bi-monthly Experiential/Support Psychiatric Resident's Group 2017-present
Moderator to the Pumpian-Mindlan Seminar, 2002 to 2010
Attending Physician for medical students and residents, supervision of residents in
        psychotherapy:

EXHIBIT 1

Page 4 of 11 – Rousseau

>Baptist Medical Center, 1983 to 1988
>Mercy Health Center, 1990 to 2012
>Griffin Memorial Hospital, 2017 to present

**Awards and Honors:**

>Certificate of Appreciation, University of Oklahoma Health Sciences Center,
>>June, 2015-2019
>
>Award of Appreciation, Oklahoma Osteopathic Association, May, 2015
>Distinguished Alumni Award, Psi Chi Honor Society, Oklahoma State University, 2008
>Top Course Director, Residents of the Dept. of Psychiatriy and Behavioral Sciences,
>>Oklahoma University Health Sciences Center, 2005-2006
>
>District Branch Best Practice Award, The Oklahoma Psychiatric Physicians Association,
>>The General Assembly of the Amerian Psychiatric Association 2006
>
>Newsletter of the Year Award for *Oklahoma Psychiatry*, 2006
>Distinguished Life Fellow, American Psychiatric Association, 2014
>Editorial Of The Year Award, American Psychiatric Association, May, 2001
>Service Achievement Award, Oklahoma Psychiatric Physicians Association,
>>September, 2000
>
>Bruno Lima Award, American Psychiatric Association, for assistance in the
>>education and treatment of the community following the Murrah Federal Building
>>>bombing, Oklahoma City, Oklahoma, May, 1996
>
>Outstanding Achievement in  a Public Information Program, American Psychiatric
>>Association, 1991, 1995
>
>Fellow, American Psychiatric Association, 1991
>Nominated for the American Psychiatric Association's Francis J. Braceland Award for
>>Public Service, 1991
>
>Mental Health Professional of the Year, 1991, Central Oklahoma Region,
>>Oklahoma Alliance for the Mentally Ill
>
>Phi Kappa Phi Honor Society, July 1974 to present
>>Active for Life, 1990

**Public and Community Service**:

>Speaker, Tobacco Education, Oklahoma Psychiatric Physicians Association, Taft Middle
>>School, Oklahoma City, Oklahoma, April, 2001, September, 2001
>
>MSNBC, TV and Radio, The Mitch Albom Show
>>February 4, 2001, "The Execution of Tim McVeigh"
>
>Scientific Review Committee, Moore Public Schools, Moore Oklahoma
>>2000, 2001
>
>Moderator, Mercy Community Disaster Forum - Response to OKC Bombing,
>>April 24, 27, and May 2, 1995

**Public and Community Service (cont'd)**:

>Lay Reader, St. Augustine's Episcopal Church, Oklahoma City, Oklahoma
>>January, 1995 to present
>
>Lay Eucharist Minister, St. Augustine's Episcopal Church, Oklahoma City, Oklahoma,
>>January, 1995 to present
>
>Junior Warden, St. Augustine's Episcopal Church, Oklahoma City, Oklahoma,
>>January, 1994 to January, 1995
>
>Vestrymember, St. Augustine's Episcopal Church, Oklahoma City, Oklahoma,

EXHIBIT 1

Page 5 of 11 – Rousseau

> January, 1991 to January 1993
>> January, 2002 to January 2005
> Christian Education Commission, St. Augustine's Episcopal Church, Oklahoma City, Oklahoma, January, 1991 to January, 1993
>> Adult Christian Education teacher, 1993,1996,1997
> Chairman, Psychiatry Division, Allied Arts Annual Fund Drive, Oklahoma City, Oklahoma, 1992
> Ballet Oklahoma, Oklahoma City, Oklahoma,
>> Season Member, 1991 to 2000
> Psychiatric Consultant to "State of Mind" project, January, 1991,
>> Co-Sponsors:  KOCO-TV Channel 5, Mercy Psychiatric Center, and Oklahoma Psychiatric Association
> Annual presentation at the Oklahoma County Mental Health Association's "Worry Clinic", 1984 to 1989
> Newspaper Articles
> Radio and television programs for public service
> Panel member for various community mental health programs American Psychiatric Association Hometown Radio Interview. 1989, 1990, 1991, 1992, 1995

**Education:**
> Post Graduate--Residency:
>> Oregon State Hospital, Salem, Oregon,
>>> July, 1978, to July, 1982
>>> Overall psychiatric orientation is eclectic with emphasis in the biological and analytical models
>>> Internal Medicine and Neurology rotations completed at Good Samaritan Hospital, Portland, Oregon
>>> Chief Resident, Oregon State Hospital, January, 1982 to July, 1982
>>> Appointed Resident Representative, Oregon Psychiatric Association Executive Council, 1982
>>> Received training in Adult and Adolescent Psychiatry as well as specialized experience in Community, Child, Psychological Testing and Forensic Psychiatry
>>> Participated in a weekly psychoanalytic group learning experience 1978 to 1982
>>> Teaching:
>>>> Psychopharmacology to PGY2-3, 1981, 1982
>>>> Various presentations to the hospital medical staff
>>>> Supervision and teaching of medical students

**Education (cont'd)**
> Medical School:
>> University of Oklahoma College of Medicine, Oklahoma City, Oklahoma, August, 1974 to June, 1978
>>> Electives:  Neurology, Neurosurgery, and Psychiatry
>>> Clinical Paper:  "Diagnosing the Manic-Depressive Patient, a Case Study" (unpublished)
>>> Member: American Medical Student Association
>>>> American Medical Association
> Undergraduate Schools:

EXHIBIT 1

Oklahoma State University, Stillwater, Oklahoma
August, 1971, to July, 1974
Bachelor of Science Degree in Psychology with emphasis on medical school requirements
Presidents Honor Roll, 3 semesters
Arts and Sciences Orientation Instructor
Member:
Psi Chi Honor Society, 1972 to 1974
President, 1974
Central State University, Edmond, Oklahoma, summer semester, 1971

**Presentations:**

Oklahoma State Medical Association, Oklahoma City, Oklahoma
"COVID-19: Telling My Story" June 19, 2020
"Scope of Practice Issues in the New Workplace Enviornment" Panel Member August, 2013
Mary Mahoney Memorial Health Center, Spencer, Oklahoma
"Treating Bipolar Disorders" September, 2012
Central Oklahoma Psychiatric Society, Oklahoma City, Oklahoma
"Medical Associations:  Organizations of the Past or Key to Survival in the Future" June 2019
"Psychodynamic Psychiatrists: Who Are They and What Do They Do?" March 2017
"The PMP:  It's The Law!" June 2015
"Neuroplasticity and the Mind/Brain Dilemma" September, 2013
"Existential Psychotherapy" February, 2012
"Obsessive Compulsive Disorder In The Movies" April, 2005
Oklahoma Coalition Against Domestic Violence & Sexual Abuse Annual Meeting
Oklahoma City, Oklahoma
"Post-traumatic Stress Disorder," June, 2003,
NAMI, Oklahoma Branch, Oklahoma City, Oklahoma
"Depression and Bipolor Disorder,"  May, 2003
PTSD Community Outreach Program, Oklahoma City, Oklahoma
"Moving Past Trauma," June, 2002, October, 2002
Lawton, Oklahoma, presented to Ob-Gyn Physicians
"Depression in the Female Patient," January, 2002

**Presentations (cont'd):**

Oklahoma City, Oklahoma, Presented to Primary Care Physicians
"Depression and Anxiety in the Female Patient," November, 2001
"Depression in the Female Patient," January, 2002
"Advances in the Treatment of Depression and Anxiety ," May, 2002
Stillwater Memorial Hospital, Stillwater, Oklahoma,
"Overview of Depression," August, 2001
"Depression and Anxiety in the Female Patient," January, 2002
Oklahoma Psychological Association, Annual Meeting, Oklahoma City, Oklahoma
"Obsessive Compulsive Disorder:  Diagnosis and Treatment," August, 1997
American Psychiatric Association and The American Red Cross Conference
"What We have Done Together,"  Panel member, October, 1996

EXHIBIT 1

Washington D.C.
American Psychiatric Association, Annual Convention
"The Psychiatric Response to the Oklahoma City Bombing," May, 1995
Miami, Florida
"Recovery in Oklahoma City:  Psychiatry Responds to a Crisis," May, 1996
New York City, New York
Oklahoma Academy of Family Physicians, Oklahoma City, Oklahoma,
"The Primary Care Challenge of Diagnosing Depression," April, 2010
"Bipolar Disease:  the Primary Care Physician's Role,"  April, 2010
"The Eolving Paradigms For ADHD,"  April, 2010
 "Posttraumatic Stress Disorder and the Oklahoma City Bombing," March, 1996
"Update on Depression and It's Treatment," June, 1999
KJYO,Radio, 103.0 FM, Oklahoma City, Oklahoma,
"Eating Disorders," March, 1997
Oklahoma State University, Stillwater, Oklahoma,
"Obsessive Compulsive Disorder:  Diagnosis and Treatment," March 1997
Comanche County Medical Society, Lawton, Oklahoma
"Obsessive Compulsive Disorder:  Diagnosis and Treatment," October, 1995
"Obsessive Compulsive Disorder:  Diagnosis and Treatment," July, 1996
"Mixed Anxiety-Depression Disorder:  A New Diagnosis," July, 1996
Teleconference in western Oklahoma
Oklahoma Academy of Physician Assistants, Oklahoma City,Oklahoma,
"Posttraumatic Stress Disorder:  Diagnosis and Treatment," October, 1995
"Antidepressant Update," 1991
Tulsa Psychiatric Society, Tulsa, Oklahoma,
"The PMP:  It's the Law!" October, 2015
"The Oklahoma Bombing:  The Psychiatric Aftermath," October, 1995
Presentations to Primary Care Physicians, Oklahoma City, Oklahoma,
"Obsessive Compulsive Disorder:  Diagnosis and Treatment," September,1995
"A Potpourri of Mood Disorders:  Diagnosis and Treatment," April, 1996
"Update on the Diagnosis and Treatment of Depression, June, 2000
Oklahoma Psychiatric Association, Annual Meeting, Oklahoma City, Oklahoma,
"Suicide: The Psychiatrist's Response" March 2012
"Healing: Aftershocks, a National Symposium on PTSD," September, 1995
Workshop B:  PTSD in Adults
**Presentations (cont'd):**
Saint Francis Hospital, Tulsa, Oklahoma,
"After the Bombing:  The Psychiatric Aftermath for the Primary Care Physician,"
July, 1995
Petroleum Club, Oklahoma City, Oklahoma,
"After the Bombing:  The Psychiatric Aftermath for the Primary Care Physician,"
June 15, July 18, and 19, 1995
Oklahoma Psychiatric Association,  Annual Meeting, Doubletree Hotel,Tulsa, Oklahoma,
"The Making of State of Mind," April, 1992
American Psychiatric Association, Joint State Legislative and Public Affairs Network
Institute Conference, Bal Harbor, Florida,
"Public Affairs Campaigns That Work,"  March 1991
Oklahoma Christian University, Edmond, Oklahoma,
"Advances in Psychiatry," 1991

EXHIBIT 1

Page 8 of 11 – Rousseau

American College of Physicians and Oklahoma Society of Internal Medicine Regional
Scientific Meeting, Fountainhead Resort, Checotah, Oklahoma,
    "Stress, Anxiety and Panic Attacks - Recognition and Treatment," 1991
St. Augustine Episcopal Church, Oklahoma City, Oklahoma,
    "After the Bombing: The Psychiatric Aftermath," September, 1995
    "Religion and Psychiatry," 1990, 1991
KTOK Radio, 1000 AM,  Oklahoma City, Oklahoma,
    "Psychiatric Disorders and Substance Abuse," 1990
    "Understanding Mental Illness," 1993
OETA-TV, Channel 13, Oklahoma City, Oklahoma,
    "Depression and It's Treatment,"1993
Mercy Health Center, Oklahoma City, Oklahoma,
    "Personality Disorders," October 2008
    "Bipolar Disorder: Mania and Depression," September, 2006
    "All You Ever Wanted to Know About Obsessive Compulsive Disorder But Were
        Afraid to Ask!" September, 2004
    "Approach to the Psychotic Patient," May, 2002
    "Obsessive Compulsive Disorder in the Movies:  Is This "As Good As It Gets?"
        February, 1998
    "Suicide," February, 1997
    "Mixed Anxiety-Depression Disorder," October, 1996
    "After the Bombing:  The Psychiatric Aftermath for the Primary Care Physician,"
        August,1995
    "Mood Stabilizers," 1993
    "Chemotherapy for Depression," 1993
    "Panic Disorder," 1991
    "Secrets of Depression," January, February, 1991
    "The Balance of Mind and Body," 1991
    "The Baby Blues, What is Postpartum Depression," 1990
    "The Pros and Cons of Private Practice in Psychiatry," 1990
    "The 'Lab' and Psychiatry," 1990
    "Psychiatric Emergencies," 1988
    "Stress," 1988
**Presentations (cont'd):**
Mercy Health Center (cont'd)
    "Depression," 1988
    "Antipsychotics," 1988, 1990, 1991, 1993
    "Antidepressants," 1988, 1991, 1993
    "Anxiolytics," 1988, 1991, 1993
    "Lithium and Bipolar Disorder," 1988
Oklahoma County Mental Health Association, Oklahoma City, Oklahoma,
    "Eating Disorders: Diagnosis and Treatment," November 2004
    "All You Ever Wanted to Know About Depression But Were Afraid to Ask!",
        November, 2002
    "Stress, Anxiety and Panic," March 1999
Oklahoma County Mental Health Association (Cont'd)
    "Mixed Anxiety and Depression:  A New Diagnosis," October 1997
    "Eating Disorders," March 1997
    "Depression and Its Treatment," 1991

EXHIBIT 1

Page 9 of 11 – Rousseau

        "Depression and Bipolar Disorder," 1988
         "Dual Diagnosis:  Understanding Mental Illness and Substance Abuse," 1993
        "Treatment of Depression:  A Unified Approach," 1993
        "Treatment of Depression and Anxiety:  A Comprehensive Approach for the
            90's,"
Baptist Medical Center, Oklahoma City, Oklahoma,
        "Borderline Personality Disorders," 1986
        "Obsessive Compulsive Disorder, A Review," 1984
        "Major Depressive Disorders," 1984
        "Schizophrenia," 1983
Oklahoma Health Sciences Center, Oklahoma City, Oklahoma, PGY2-3
        "New Treatments in Panic Disorders," 1991, 1992
        "Tricyclic Antidepressants," 1991, 1992
        "Acute Psychotic Disorders," 1991, 1992
        "Obsessive Compulsive Disorders, A Review," 1990
        "Borderline Personality Disorders," 1990
        "Cardiovascular Effects of Antidepressants," 1990
        "Clinical Use of Antipsychotics," 1986
Oklahoma Health Sciences Center, Oklahoma City, Oklahoma, Grand Rounds
        "Recalling the Effects of Terrorism Over a Quarter of a Century" April 2020
        "The PMP, It's the Law," October, 2015
        "Neuroplasticity and the Mind/Brain Delimma" July 2014
        "Existential Psychotherapy," March,2012
        "Pharmacology of Depression for the 90's," November,1994
Department of Psychiatry and Behavioral Sciences OUHSC
        Graduation Address, June 2005
        Moderater: Eugene Pumpian-Mindlin Psychoanalytic Seminar,
            2005, 2006, 2007, 2008, 2009
        Guest Speaker:  Eugen Pumpian-Mindlin Psychoanalytic Seminar, 2017
            "Introduction to Psychodynamic Psychiatry and Psychotherapy"

**Presentations (cont'd)**
            "The Theoretical Basis of Psychodynamic Psychotherapy"
Department of Psychiatry and Behavioral Sciences OUHSC (cont'd)
        Guest Speaker:  Eugen Pumpian-Mindlin Psychoanalytic Seminar, 2017 (cont'd)
            "Boundary Crossings and Violations"
            "Spiriuality and Religion in Psychiatry"
            "How to Practice Psychodynamic Psychiatry in a Managed Care World"
        "Introduction to Psychodynamic Psychiatry and Psychotherapy" PGY1-4,
        May 2020
Oregon State Hospital, Salem, Oregon,
        "Schizophrenia," 1984
University Of Central Oklahoma, Edmond, Oklahoma,
        "Depression in School Age Children," 1991
Waterford Hotel, Oklahoma, City, Oklahoma, presented to primary care physicians
        "Treatment and Communication Strategies of the Depressed Patient in Medical
            Practice," May 19, 21, 1992
Enid, Oklahoma,
        "Depression Update for Family Physicians," 1992

EXHIBIT 1

Northwest Lion's Club, Oklahoma City, Oklahoma,
    "Health Care Reform", 1993
Guthrie, Oklahoma, presented to Familiy Physicians
    "Depression Update for Family Physicians," 1993
Oklahoma Christian University, Edmond, Oklahoma,
    "Religion and Psychiatry," 1993
Health Occupations Students of America, Spring Leadership Conference,
Lincoln Plaza Hotel, Oklahoma City, Oklahoma, presented to RN's
    "Childhood and Adolescent Mental/Emotional Disorders," April, 1993
Oklahoma County Pharmacist Society, Oklahoma City, Oklahoma,
    "Depression and Its Treatment," May, 1993
Kingfisher County Medical Society, Kingfisher, Oklahoma,
    "Update on Depression," June, 1993
Oklahoma State Department of Health, Maternal and Child Health, Hilton N. W.,
Oklahoma City, Oklahoma,
    "Depression, Blues, or Having a Bad Day... How to Tell the Difference,"
      October, 1994
Griffin Memorial Hospital, Norman, Oklahoma,
    Pumpian-Mindlin Seminar, Sept.29 &Oct. 6 2017
      "Introduction to Psychodynamic Psychiatry and Psychotherapy"
      "The Theoretical Basis of Psychodynamic Psychotherapy"
      "Boundary Crossings and Violations"
      "Spiriuality and Religion in Psychiatry"
    "Ethical Issues of Psychiatry: Boundary Crossings and Violations," Jan. 2019
    "Introduction to Psychodynamic Psychiatry and Psychotherapy," Feb. 2020
    "The Theoretical Basis of Psychodynamic Psychotherapy," Feb. 2020

**Publications:**
    <u>The Tower Review,</u> Fall, 1990, Volume 7, No. 2, pp. 13-17
    <u>Psychology Reports,</u> 1994, Volume 35, pp. 327-33
    <u>Disaster Psychiatry Handbook</u>, 2004, APA Website: APA Committee on Psychiatric
      Dimensions of Disaster:  Notes From Oklahoma City's Disaster Recovery, A
      District Branch Perspectiive:
      www.psych.org/disasterpsych/pdfs/apadisasterhandbk.pdf

**Other:**
    Electronics Technician:  Western Electric, Oklahoma City, Oklahoma, 1970
    Military Service:  United States Navy Reserve
      March, 1967, to May, 1974
      Honorably discharged, Electronics Technician, 2nd class, Submarine Qualified
    United States Submarine Verterans, Inc.
      Life Member
    Computer Coder Analyst:  Case Western Reserve University, Cleveland, Ohio, 1967

EXHIBIT 1

Page 11 of 11 – Rousseau

Revised 7/1/2020

EXHIBIT 1

A.W. ROUSSEAU, M.D.
EXPERT WITNESS CASES
TRIAL/DEPOSTION/TESTIMONY

| <u>CASE/ATTORNEY</u> | <u>DATE</u> | <u>DEPO/TEST</u> |
|---|---|---|
| Morris v DJK  (Pontotoc County)<br>Lagow/CJ-14-120 | 01/13/16 | YES/NO |
| Peek v <u>Duncan Regional</u> (Grady Co.)<br>Branscum/CJ-2015-262 | 09/19/17 | YES/NO |
| Meeks v <u>American Medical Response</u><br><u>Ambulance Service, Inc.</u> (Tulsa County)<br>Clark/CJ-2016-2983 | 4/15/19 | YES/NO |
| Hodge v <u>Temple & Son funeral Home Inc.</u><br>McAlester/CJ-2017-3834 (OK County) | 3/10/21 | NO/YES |

EXHIBIT 1

**A. W. Rousseau, M.D., PLLC**
**Psychiatry**
**Diplomate of the American Board of**
**Psychiatry and Neurology**
**Distinguished Life Fellow of the American Psychiatric Association**

Standard Letter of Agreement

1. In consideration of A. W. Rousseau, M.D., agreeing to serve as consultant/expert, a nonrefundable retainer of $9,000.00 is required before commencement of work on the case, as an advance against which expenses are billed.  Thereafter, if it appears that substantial services are yet to be rendered, an additional retainer will be required.  Dr. Rousseau's FID# is 45-5090045.

2. Dr. Rousseau shall be reimbursed for all time spent on the case, at the following rates:
   a.  Record review                                           $575.00 per hour
   b.  Attorney consultation                            $575.00 per hour
   c.  Deposition                                                $750.00 per hour
   d.  Court testimony                                      $950.00 per hour
   e.  Independent medical exam                   $700.00 per hour
   f.  Video tape deposition                            $800.00 per hour
   g.  Psychological Testing                            $525.00
   h.  Portal to portal local travel and court standby            $575.00 per hour
                                                        plus expenses

3. Missed appointments by clients or attorneys will be charged the standard rate, unless 48-hour notice of cancellation is given.

4. For out-of-state travel, the rate of payment shall be $6,000.00 per day and $3,000.00 per half-day (4 hours or fraction thereof) plus all expenses, including travel by first-class conveyance and appropriate lodging if needed.  Before such travel is undertaken, a retainer of $4,000.00 specific to this travel is expected.

5. Payment in a timely manner, made out to A. W. Rousseau, M.D., PLLC, is the responsibility of the insurer and/or retaining attorney, irrespective of case outcome.  Overdue accounts will accrue a late fee of 0.5% per month.  Failure to comply may void this agreement, leaving the retaining attorney and/or insurer individually liable for any unpaid balance.

6. Receipt of the initial retainer by Dr. Rousseau shall indicate the attorney and/or insurer accept the above stated stipulations.

**Note:  Please send all case materials to the address below.**

EXHIBIT 1