IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| (1) | PATRICIA THOMPSON, as Personal Representative of the Estate of MARCONIA LYNN KESSEE | ) ) ) ) |
| | Plaintiff, | ) ) |
| vs. | | ) Case No. CIV–19–113-SLP ) |
| (1) | NORMAN REGIONAL HOSPITAL AUTHORITY d/b/a NORMAN REGIONAL HOSPITAL, a public trust, et. al. | ) ) ) ) ) |
| | Defendants. | ) |

**PLAINTIFF'S JOINT APPENDIX OF EXHIBITS IN SUPPORT OF RESPONSES TO MOTIONS FOR SUMMARY JUDGMENT**

## PLAINTIFF'S JOINT APPENDIX OF EXHIBITS IN SUPPORT OF RESPONSES TO MOTIONS FOR SUMMARY JUDGMENT

Plaintiff, Patricia Thompson, as Personal Representative of the Estate of Marconia Lynn Kessee ("Kessee"), Deceased, jointly submits the attached Exhibits in support of the Responses for Motions for Summary Judgment filed on August 5, 2021.

Exhibit 1 – Dep. of Shifflett

Exhibit 2 – Cleveland County Detention Center Policies

Exhibit 3 – Dep. of Knapp

Exhibit 4 – Dep. of Andrews

Exhibit 5 – Dep. of Garner

Exhibit 6 – Dep. of Scott

Exhibit 7 – Brown Body Camera Video **(FILED CONVENTIONALLY)**

Exhibit 8 – Dep. of Rickert

Exhibit 9 – Shifflett OSBI Report 2018-0095 **(FILED UNDER SEAL)**

Exhibit 10 – Shifflett OSBI Video **(FILED UNDER SEAL)**

Exhibit 11 – Dep. of Wild

Exhibit 12 – Ammonia Capsules Are a Great Tool For Assessing Pseudoseizures,"

Exhibit 13 – Jail Intake Video **(FILED CONVENTIONALLY)**

Exhibit 14 – Dep. of Gibson

Exhibit 15 – Barr OSBI Interview **(FILED UNDER SEAL)**

Exhibit 16 – Rickert OSBI Statement **(FILED UNDER SEAL)**

Exhibit 17 – Turn Key Medical Record **(FILED UNDER SEAL)**

Exhibit 18 – Rickert OSBI Statement **(FILED UNDER SEAL)**

Exhibit 19 – Dep. of Barr

Exhibit 20 – Jail Cell Video **(FILED UNDER SEAL & CONVENTIONALLY)**

Exhibit 21 – Dep. of Roscoe

Exhibit 22 – Dep. of Brown

Exhibit 23 – Dep. of Carter

Exhibit 24 – Booking Detail Report **(FILED UNDER SEAL)**

Exhibit 25 – Log Sheet **(FILED UNDER SEAL)**

Exhibit 26 – Shifflett Supplemental Report **(FILED UNDER SEAL)**

Exhibit 27 – Dep. of Jobin

Exhibit 28 – Report of John (Defense Expert)

Exhibit 29 – Processing Corridor 1 Video **(FILED UNDER SEAL & CONVENTIONALLY**

Exhibit 30- Processing Corridor 4, 9:32:03 Screenshot of Shifflett **(FILED UNDER SEAL)**

Exhibit 31- Dep. of John

Exhibit 32- NRH Discharge Paperwork **(FILED UNDER SEAL)**

Exhibit 33- Sally Port Video  **(FILED CONVENTIONALLY)**

Exhibit 34- TK Policy, J-6, J-9, J-22, J-26 **(FILED UNDER SEAL)**

Exhibit 35- Dep. of Canaan

Exhibit 36- Roscoe Report

Exhibit 37- Garner Incident Report **(FILED UNDER SEAL)**

Exhibit 38- OK Jail Standards

Exhibit 39- Booking Detail Report

Exhibit 40- Affidavit of Andrews

Exhibit 41- Rickert Training Materials

Exhibit 42- Cleveland County/Turn Key Contract

Exhibit 43- Turn Key Lawsuits