# EXHIBIT 16

# BARR OSBI INTERVIEW AUDIO

# FILED UNDER SEAL and FILED CONVENTIONALLY