# EXHIBIT 17
# TK MEDICAL RECORDS
# FILED UNDER SEAL