# EXHIBIT 18
# RICKERT OSBI STATEMENTS
# FILED UNDER SEAL