IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF OKLAHOMA

(1) PATRICIA THOMPSON, as )
Personal Representative of the )
Estate of MARCONIA LYNN )
KESSEE, )
)
     Plaintiff, )
)
-vs- )  No. CIV-19-113-SLP
)
(1) NORMAN REGIONAL HOSPITAL )
AUTHORITY d/b/a NORMAN )
REGIONAL HOSPITAL, a public )
trust. et al., )
)
     Defendants. )



\* \* \* \* \* \*

REMOTE VIDEOCONFERENCE DEPOSITION OF DANIEL BROWN

TAKEN ON BEHALF OF THE PLAINTIFF

IN OKLAHOMA CITY, OKLAHOMA

ON OCTOBER 20, 2020

COMMENCING AT 2:54 P.M.
\* \* \* \* \* \*

REPORTED BY:  BETH A. MCGINLEY, CSR, RPR

INSTASCRIPT, LLC
125 PARK AVENUE, LL
OKLAHOMA CITY, OKLAHOMA 73102
schedule@instascript.net
Phone:(405)605-6880 Fax:(405)605-6881

EXHIBIT 22

```
 1      Q    But you can -- you can see that he's -- he is
 2  literally laboring to breathe right now?
 3      A    Yes, sir, I can see that.
 4           (Plaintiff's Exhibit No. 5, Officer Brown's
 5  Body Cam Footage, was played off the record).
 6      Q    (By Mr. Hammons) Is that you?
 7      A    I don't think that's me.
 8      Q    You -- you don't think that's -- that -- you
 9  don't think that was you that said --
10      A    That --
11      Q    -- "Quit acting like an idiot"?
12           (Plaintiff's Exhibit No. 5, Officer Brown's
13  Body Cam Footage, was played off the record).
14      Q    (By Mr. Hammons) And the jailer --
15      A    That's not me.
16      Q    Well -- the jailer turned to you and said,
17  "Your vest is still on," meaning your camera.  It...
18      A    That doesn't -- I don't --
19           MS. GOOCH:  That wasn't a question.
20      Q    (By Mr. Hammons) So you're going to deny that
21  you said, "Quit acting like an idiot"?
22           MS. GOOCH:  Object to the form.
23      A    I don't recall saying that and that doesn't
24  sound like me.
25      Q    (By Mr. Hammons) It's not one of these three
```