# EXHIBIT 26

# SHIFFLETT SUPP. REPORT

# FILED UNDER SEAL