# EXHIBIT 33

# SALLY PORT VIDEO

# FILED UNDER SEAL and FILED CONVENTIONALLY