# EXHIBIT 37
# GARNER INCIDENT REPORT
# FILED UNDER SEAL