# EXHIBIT 42

# CLEVELAND COUNTY/TURN KEY CONTRACTS

# FILED UNDER SEAL