UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

|  |  |  |
|---|---|---|
| Plaintiff(s), | ) ) ) | |
| v. | ) ) ) ) ) | Case No. |
| Defendant(s). | | |

NOTICE OF CONVENTIONAL FILING

Please take notice that (Plaintiff/Defendant) _____, (Name of Party)

_____,

shall conventionally file the original and one copy of the following document, paper or other material:

_____
(Title of Document, Paper or Other Material)

This document, paper, or other material has not been filed electronically because:

    it cannot be converted to electronic format

    the electronic file size of this material exceeds 20 megabytes (MB)

    the Court by Order has excused electronic filing

    it is exempt from electronic filing pursuant to § II.A.1 of the ECF Policy & Procedures Manual

The document, paper, or other material will be conventionally served on all parties.

    s/_____
    Name
    Attorney bar number, if applicable
    Address
    City, State, Zip Code
    Phone:
    Fax:
    E-mail:

## *Certificate of Service*

____ I hereby certify that on (date) _____, I filed the attached document with the Clerk of Court. Based on the records currently on file in this case, the Clerk of Court will transmit a Notice of Electronic Filing to those registered participants of the Electronic Case Filing System.

____ I hereby certify that on (date) _____, I filed the attached document with the Clerk of Court and served the attached document by (service method) _____ on the following, who are not registered participants of the Electronic Case Filing System: (insert names and addresses)

s/_____
Signature