```
 1                  IN THE UNITED STATES DISTRICT COURT

 2                 FOR THE WESTERN DISTRICT OF OKLAHOMA

 3
      (1) PATRICIA THOMPSON, as       )
 4    Personal Representative of the  )
      Estate of MARCONIA LYNN         )
 5    KESSEE,                         )
                                      )
 6         Plaintiff,                 )
                                      )
 7    -vs-                            )    No. CIV-19-113-SLP
                                      )
 8    (1) NORMAN REGIONAL HOSPITAL    )
      AUTHORITY d/b/a NORMAN          )
 9    REGIONAL HOSPITAL, a public     )
      trust, et al.,                  )
10                                    )
           Defendants.                )
11

12

13                           * * * * *

14         VIDEOCONFERENCE DEPOSITION OF STACY SHIFFLETT

15              TAKEN ON BEHALF OF THE PLAINTIFF

16                 IN OKLAHOMA CITY, OKLAHOMA

17                    ON JANUARY 12, 2021

18                  COMMENCING AT 9:13 A.M.

19                           * * * * *

20

21

22                      INSTASCRIPT, L.L.C.
                     125 PARK AVENUE, SUITE LL
23               OKLAHOMA CITY, OKLAHOMA   73102
                          405.605.6880
24                  schedule@instascript.net

25    REPORTED VIA ZOOM BY:  BETH A. McGINLEY, CSR, RPR
```

1  not an individual, based on your observations at the
2  time -- we can see your observations at the time -- it's
3  not an individual that you thought was completely
4  normal, did you?
5              MS. DARK:  Object to the form.
6              MS. THOMPSON:  Object to the form.
7       A    Well, at the time, I thought he was under the
8  influence of alcohol, and that was a very -- I mean, you
9  see a lot of people come into the jail that act like
10 that.
11      Q    (By Mr. Hammons) Okay.  So you're not of the
12 opinion, like Officer Brown, that he could just get out
13 in a car and drive off?
14             MS. GOOCH:  Object to the form.
15      A    I -- I'm not sure.  I don't -- I didn't
16 ever -- I don't know.  But I thought he was under the
17 influence of alcohol, that's all I know.  I don't
18 know --
19      Q    (By Mr. Hammons) Right.  So you wouldn't
20 recommend him getting in a car and driving, under the
21 influence of alcohol; true?
22      A    I can't recommend that.  But --
23      Q    Well, yeah, no one would recommend that,
24 right?
25      A    Yeah, I mean, I wouldn't -- I wouldn't say

1  would use ammonium capsules?

2        MS. DARK:  Object to the form.

3     A   I am not.  I remember just seeing it out and

4  him popping it.  That's all I really remember.

5     Q   (By Mr. Hammons) Did -- did Rickert frequently

6  just carry around ammonium capsules and stick them in

7  inmates' faces?

8        MS. THOMPSON:  Object to form.

9     A   No, but medical did carry ammonium strips with

10 them.

11    Q   (By Mr. Hammons) Okay.  And it was -- that was

12 frequently used on inmates, on a regular basis?

13       MS. DARK:  Object to the form.

14    A   From what I remember, yes, if they were

15 having -- I -- I think it was mainly used for, like,

16 seizures and stuff like that.  That's what brings you

17 out -- well, I know it is, I've had a couple of

18 seizures -- but that's -- that's what it was mainly used

19 for around the jail.

20    Q   (By Mr. Hammons) Okay.  Do -- do you know if

21 Marconia was actually having a seizure or not?

22    A   I --

23       MS. THOMPSON:  Object to form.

24    A   I don't know.  I didn't know.

25    Q   (By Mr. Hammons) No one -- no one told you

Stacy Shifflett
1/12/2021
Page 172

```
 1      A    I'm not sure.
 2      Q    Well, do you -- do you recall, based on seeing
 3   it -- we'll watch it in a minute.  Do you recall seeing
 4   that on there, that the ammonium came after the head
 5   banging?
 6      A    No, I thought it came -- or it came after the
 7   head banging.
 8      Q    Right.
 9      A    Oh, yeah.
10      Q    Right.  So what I'm trying to get -- make sure
11   that I understand is, is that Rickert didn't pull out an
12   ammonium capsule, stick it in front of Marconia, and
13   then he banged his head --
14      A    Yeah, correct, that didn't happen.
15      Q    -- right?
16      A    Correct.
17      Q    Right.  Now, Barr told the OSBI he -- he felt
18   Marconia was just faking all this stuff.  Did you feel
19   that way, too?
20           MS. DARK:  Object to the form.
21      A    Coming from somebody that's had three
22   seizures, I thought he was faking a seizure, because
23   when he -- when we put him on the floor, he started to
24   shake, and then he pulled away after the ammonia --
25   whatever you call it.
```

```
 1      Q    (By Mr. Hammons) Uh-huh.
 2      A    You know, me, when I have my seizures, it's a
 3 full-on -- like, I think the shortest seizure that I can
 4 remember is -- you're down for, like, 10 or 15 seconds
 5 and then you wake up.
 6      Q    Uh-huh.
 7      A    So I -- I believed he was -- was faking a
 8 seizure, and that is common -- a common thing within the
 9 jail.  People come in and they know that, you know, if
10 they fake a seizure, they could -- could possibly be
11 sent back to the hospital.
12      Q    Okay.  But when they fake seizures, are they
13 sent back to the hospital?
14      A    It's up to medical.  It just depends, case by
15 case.
16      Q    It says, "Then after he bang- -- began banging
17 his head, Barr told the OSBI he, Shifflett and Rickert
18 picked up Marconia off the bench and set him on the
19 ground."  That's not true, is it?
20           MS. DARK:  Object to the form.
21      A    No, I'm pretty sure we just -- or -- I don't
22 remember, because I was on his feet.  I don't know if we
23 picked him up or if he just kind of slid down or...
24      Q    (By Mr. Hammons) Yeah, he just went off into
25 the floor.  I don't think you even touched him when
```

```
 1   onto the ground?
 2           MS. DARK:  Object to the form.
 3       A   I think he slid.  I don't think he fell.
 4       Q   (By Mr. Hammons) Well, you didn't -- certainly
 5   didn't pick him up and set him down; true?
 6       A   Correct.
 7       Q   It says, "Kessee refused to walk."  Do you
 8   think he was refusing to walk or he just couldn't?
 9       A   I still thought he was under the al- --
10   influence of alcohol, and that he was refusing to walk.
11   That's what I believe.
12       Q   Okay.  And that was based on what questions
13   that you heard?
14       A   Just the --
15           MS. DARK:  Object to --
16       A   -- way he was --
17           MS. DARK:  Sorry.  Object to the form.
18       A   -- stuttering and talking and wouldn't walk,
19   slurring his words and stuff.  That's what I believed.
20       Q   (By Mr. Hammons) And that's based off of what
21   type of training?
22       A   No training, but going down through Campus
23   Corner, you can watch people do it nightly.
24       Q   So it's obvious, with no training, that
25   Marconia Kessee was impaired?
```

```
1            MS. THOMPSON:  Object to form.
2       A    We were listening, but all I heard was
3   muttering.  That's what I heard.
4       Q    (By Mr. Hammons) Do you believe that you gave
5   the benefit of the doubt to Marconia Kessee when he was
6   in that room?
7            MS. DARK:  Object to the form.
8       A    Yes.  I did, yeah.
9       Q    (By Mr. Hammons) That something was majorly
10  wrong with him?
11      A    Not majorly wrong with him, but that he was
12  under the influence of alcohol.
13      Q    And is what you're -- what we're looking at --
14           MR. HAMMONS:  I'm on -- I'm at 37:59, fixing
15  to push play.
16      Q    (By Mr. Hammons) What we're -- what you've
17  seen, so far, is consistent with somebody under the
18  influence of alcohol?
19      A    Yes.  Won't sit up straight, stumbling, won't
20  walk, stumbling over words.
21      Q    Sweating profusely?
22      A    Yeah, I mean -- yeah, everyone sweats.  He had
23  a jacket on.
24      Q    Do you recall how cold it was that night?
25      A    I do not.
```

1   Regional.  You don't know him; true?

2       A    True.

3       Q    Do you know Justin Holbrook?

4       A    No.

5       Q    He's a nurse practitioner at Norman Regional

6   at the time that Marconia was there.  You don't know

7   him?

8       A    I do not.

9       Q    Emergency Services of Oklahoma, are you

10  familiar with that organization?

11      A    I am not.

12      Q    Okay.  Now, any observations that you made of

13  Marconia potentially being on -- under the influence of

14  alcohol, are based on your own observations and

15  interactions at the jail, correct?

16      A    Correct.

17      Q    And what I'm getting at is:  You really had no

18  knowledge, at the point that we're watching these

19  videos, on January 16, 2018, of any medical

20  determinations from the hospital; true?

21      A    Correct.

22      Q    You, on this particular occasion, didn't even

23  see the fit slip that potentially came from Norman

24  Regional; true?

25      A    Correct, I did not see it.

1    Q    Once?  I was unclear, so thank you for that.
2         And when you did check on him, did he appear,
3    to you, that he was in need of medi- -- immediate
4    medical assistance, at that time?
5         MR. HAMMONS:  Object to the form.
6    A    No.  When I looked at him, we had, you know,
7    put him in there 20 minutes prior, so I thought he was
8    just sleeping.
9    Q    (By Ms. Thompson) During Marconia Kessee's
10   presence at the jail, did you have any meal times for
11   inmates at that time?
12   A    No, we did not.
13   Q    So Marconia was not due to be served a meal
14   during the time he was there, correct?
15   A    Correct.
16   Q    Did he make any requests to the officers while
17   he was in the padded cell?
18   A    I'm not sure.
19   Q    Would he have the ability to make requests to
20   the officers from inside the padded cell?
21        MS. DARK:  Object to the form.
22        MR. HAMMONS:  Object to the form.
23   A    Yes, he would have.
24   Q    (By Ms. Thompson) How would he do that?
25   A    There's a button inside.  A lot of inmates