IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN
DISTRICT OF OKLAHOMA

| | |
|---|---|
| PATRICIA THOMPSON, as Personal Representative of the Estate of MARCONIA LYNN KESSEE, ) ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | Case No. CIV-19-113-SLP |
| NORMAN REGIONAL HOSPITAL AUTHORITY d/b/a NORMAN REGIONAL HOSPITAL, a public trust, et al., ) ) ) ) | |
| Defendants. ) | |

**PLAINTIFF AND DEFENDANTS EMERGENCY SERVICES OF OKLAHOMA, P.C., STEVEN ROBERTS, D.O., AND JUSTIN HOLBROOK, APRN/CNP'S JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Parties hereby stipulate to the dismissal of this action with prejudice to re-filing, only as it relates to Plaintiff's claims against Defendants Emergency Services of Oklahoma, P.C., Steven Roberts, D.O., and Justin Holbrook, APRN/CNP, in the above-styled action. Each party shall be responsible for their own attorney fees and costs.

This Stipulation of Dismissal does not affect any other claim or party to this action.

Respectfully submitted,

s/ Chris J. Hammons
(signed with permission)
Chris J. Hammons
Jason M. Hicks
Jonathan R. Ortwein
LAIRD, HAMMONS, LAIRD, P.L.L.C.
1332 SW 89th Street
Oklahoma City, Oklahoma 73159
Telephone:   (405) 703-4567
Facsimile:   (405) 703-4061
***Attorneys for Plaintiff***

    s/ Jessica L. Dark
(signed with permission)
Randall J. Wood, OBA No. 10531
Robert S. Lafferrandre, OBA No. 11897
Jessica L. Dark, OBA No. 31236
PIERCE COUCH HENDRICKSON
 BAYSINGER & GREEN, L.L.P.
1109 North Francis Avenue
Oklahoma City, Oklahoma 73106
Telephone:(405) 235-1611
Facsimile: (405) 235-2904
***Attorneys for Defendants,***
***Amason, Gibson, Andrews,***
***Barr, and Shifflett***

s/ Austin J. Young
(signed with permission)
Sean P. Snider
Austin J. Young
Anthony C. Winter
JOHNSON, HANAN VOSLER
 HAWTHORNE & SNIDER
9801 North Broadway Extension
Oklahoma City, Oklahoma 73114
Telephone:   (405) 232-6100
Facsimile:   (405) 232-6105
***Attorneys for Defendants,***
***Turn Key Health Clinics, LLC***
***and Rickert***

s/ Brandon Whitworth
Brandon Whitworth
David Russell
RODOLF & TODD
15 E. 5th Street, Sixth Floor
Tulsa, Oklahoma 74103
Telephone:   (918) 295-2100
Facsimile:   (918) 295-7800
***Attorneys for Defendants,***
***Emergency Services of***
***Oklahoma, P.C., Dr. Steven Roberts***
***and Justin Holbrook***

2

         s/ Robert D. Hoisington
         (signed with permission)
         Glen D. Huff
         Robert D. Hoisington
         Kaitlyn Dunn
         FOLIART, HUFF, OTTAWAY & BOTTOM
         201 Robert S. Kerr Avenue, 12th Floor
         Oklahoma City, Oklahoma 73102
         Telephone:   (405) 232-4633
         Facsimile:   (405) 232-3462
         foliartfirm@oklahomacounsel.com
         roberthoisington@oklahomacounsel.com
         kaitlyndunn@oklahomacounsel.com
         ***Attorneys for Defendant,***
         ***Norman Regional Hospital Authority***

         s/ Rickey J, Knighton, II
         (signed with permission)
         Rickey J. Knighton, II
         Jeanne Snider
         Assistant City Attorneys
         City of Norman, Oklahoma
         201 West Gray
         Norman, Oklahoma 73069
         Telephone:   (405) 217-7700
         Facsimile:   (405) 366-5425
         ***Attorneys for Defendants,***
         ***City of Norman, Humphrey, Canaan and Brown***

         s/ Chris J. Collins
         (signed with permission)
         Chris J. Collins
         Stacey Haws Felkner
         COLLINS, ZORN & WAGNER, P.C.
         429 N.E. 50th Street, 2nd Floor
         Oklahoma City, Oklahoma 73105
         Telephone:   (405) 524-2070
         Facsimile:   (405) 524-2078
         ***Attorneys for Defendants***
         ***Kyle Canaan and Daniel Brown***

## CERTIFICATE OF SERVICE

I hereby certify that on September 20, 2021, I electronically transmitted this filing to the Clerk of Court using the ECF System for filing and transmittal of a Notice of ElectronicFiling to the following ECF registrants:

Chris Hammons
Jason M. Hicks
Jonathan Ortwein
LAIRD, HAMMONS, LAIRD, PLLC
1332 S.W. 89th Street
Oklahoma City, OK  73159
405-703-4567
405-703-4061 fax
chris@lhllaw.com
jason@lhllaw.com
*Attorneys for Plaintiff*

Robert S. Lafferrandre
Randall J. Wood
Jessica L. Dark
PIERCE COUCH HENDRICKSON
BAYSINGER & GREEN, LLP
P.O. Box 26350
Oklahoma City, OK  73126
405-235-1611
405-235-2904 fax
Email:
rlafferrandre@piercecouch.com
jdark@piercecouch.com
rwood@piercecouch.com
*Attorneys for Defendants Todd R. Gibson, Zachary Andrews, Cody Barr, Stacy Shifflett*

Jeanne M. Snider
Rickey J. Knighton
**City of Attorney**
**City of Norman**
P.O. Box 370
Norman, OK  73070
jeanne.Snider@normanok.gov
Rick.Knighton@ci.norman.ok.us;
*Attorneys for Defendants City of Norman, Keith Humphrey, Kyle Canaan and Daniel Brown*

Sean P. Snider
Austin Young
Anthony C. Winter
JOHNSON, HANAN and VOSLER
9801 N. Broadway Extension
Oklahoma City, OK  73114
405-232-6100
405-232-6105 fax
ssnider@johnsonhanan.com
*Attorney for Defendants Turn Key Health Clinics, LLC, and Clayton Rickert*

Chris J. Collins
Stacey Haws Felkner
COLLINS, ZORN & WAGNER, P.C.
429 N.E. 50th Street, 2nd Floor Oklahoma City, Oklahoma 73105
Telephone:     (405) 524-2070
Facsimile:      (405) 524-2078
*Attorneys for Defendants Kyle Canaan and Daniel Brown*

Glen D. Huff-OBA# 4449
Robert D. Hoisington-OBA# 15090
FOLIART, HUFF, OTTAWAY & BOTTOM
201 Robert S. Kerr Avenue, 12th Floor
Oklahoma City, Oklahoma 73102
Telephone: (405) 232-4633
Fax: (405) 232-3462
glenhuff@oklahomacounsel.com
roberthoisington@oklahomacounsel.com
*Attorneys for Defendant Norman Regional Hospital Authority*

                              *s/ Brandon Whitworth*