## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| PATRICIA THOMPSON, as Personal Representative of the Estate of MARCONIA LYNN KESSEE, <br><br> Plaintiff, <br><br> vs. <br><br> BOARD OF COUNTY COMMISSIONERS FOR CLEVELAND COUNTY, an Oklahoma Political Subdivision, *et al.,* <br><br> Defendants. | Case No. CIV-19-113 <br> *Honorable Scott L. Palk* |

### Joint Stipulation of Dismissal of Norman Regional Hospital Authority

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the Parties hereby stipulate to the dismissal of this action with prejudice to re-filing, only as it relates to Plaintiff's claims against Defendant Norman Regional Hospital Authority in the above-styled action. Each party shall be responsible for their own attorney fees and costs.

This Stipulation of Dismissal does not affect any other claim or party to this action.

Respectfully submitted,

s/ Jason M. Hicks (signed with permission)
Chris J. Hammons
Jason M. Hicks
Jonathan R. Ortwein
LAIRD, HAMMONS, LAIRD, P.L.L.C.
1332 SW 89th Street
Oklahoma City, Oklahoma 73159
Telephone: (405) 703-4567
Facsimile: (405) 703-4061

Attorneys for Plaintiff

<u>s/Robert D. Hoisington</u>
Glen D. Huff-OBA# 4449
Robert D. Hoisington-OBA# 15090
FOLIART, HUFF, OTTAWAY & BOTTOM
201 Robert S. Kerr Avenue, 12th Floor
Oklahoma City, Oklahoma  73102
Telephone:  (405) 232-4633
Fax:  (405) 232-3462
glenhuff@oklahomacounsel.com
roberthoisington@oklahomacounsel.com

ATTORNEYS FOR DEFENDANT
NORMAN REGIONAL HOSPITAL
AUTHORITY

<u>s/ Jessica L. Dark (signed with permission)</u>
Randall J. Wood, OBA No. 10531
Robert S. Lafferrandre, OBA No. 11897
Jessica L. Dark, OBA No. 31236
PIERCE COUCH HENDRICKSON
BAYSINGER & GREEN, L.L.P.
1109 North Francis Avenue
Oklahoma City, Oklahoma 73106
Telephone:(405) 235-1611
Facsimile: (405) 235-2904

Attorneys for Defendants, Amason, Gibson,
Andrews, Barr, and Shifflett

s/ Austin J. Young (signed with permission)
Sean P. Snider
Austin J. Young
Anthony C. Winter
JOHNSON, HANAN VOSLER
HAWTHORNE & SNIDER
9801 North Broadway Extension
Oklahoma City, Oklahoma 73114
Telephone: (405) 232-6100
Facsimile: (405) 232-6105

Attorneys for Defendants, Turn Key Health Clinics, LLC and Rickert


s/ Rickey J. Knighton, II
(signed with permission)
Rickey J. Knighton, II
Jeanne Snider
Assistant City Attorneys
City of Norman, Oklahoma
201 West Gray
Norman, Oklahoma 73069
Telephone: (405) 217-7700
Facsimile: (405) 366-5425

Attorneys for Defendants, City of Norman, Humphrey, Canaan and Brown


s/ Stacey H. Felkner (Signed with permission)
Chris J. Collins
Stacey Haws Felkner
COLLINS, ZORN & WAGNER, P.C.
429 N.E. 50th Street, 2nd Floor
Oklahoma City, Oklahoma 73105
Telephone: (405) 524-2070
Facsimile: (405) 524-2078

Attorneys for Defendants Kyle Canaan and Daniel Brown

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 18th day of October, 2021, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

| | |
|---|---|
| Chris Hammons<br>Jason M. Hicks<br>LAIRD HAMMONS LAIRD, PLLC<br>chris@lhllaw.com<br>jason@lhllaw.com<br><br>***Attorneys for Plaintiff*** | Sean P. Snider<br>Austin J. Young<br>JOHNSON, HANAN AND VOSLER<br>ssnider@johnsonhanan.com<br>ayoung@johnsonhanan.com<br><br>***Attorney for Defendant Turn Key Health Clinics, LLC, and Rickert*** |
| Robert S. Lafferrandre<br>Randall J. Wood<br>Jessica L. Dark<br>PIERCE COUCH HENDRICKSON BAYSINGER & GREEN, LLP<br>Email: rlafferrandre@piercecouch.com<br>jdark@piercecouch.com<br>rwood@piercecouch.com<br>***Attorneys for Defendant Board of County Commissioners for Cleveland County, Cleveland County Sheriff's Office, Gibson, Andrews, Knapp, Barr, Shifflett, and Scott*** | CITY OF NORMAN, OKLAHOMA<br>KATHRYN WALKER, INTERIM CITY ATTORNEY<br>Rickey J. Knighton II, OBA No. 17257<br>Jeanne Snider, OBA No. 19223<br>Assistant City Attorneys<br>Rick.knighton@ci.norman.ok.us<br>Jeanne.snider@ci.norman.ok.us<br><br>***Attorneys for City of Norman, Norman Police Department, Humphrey, Canaan, Brown*** |
| Brandon Whitworth<br>Eric S. Loggin<br>RODOLF & TODD<br>brandonw@rodolftodd.com<br>eloggin@rodolftodd.com<br>***Attorneys for Defendants Emergency Services of Oklahoma, P.C. a Domestic Professional Corporation*** | Chris J. Collins<br>Stacey Haws Felkner<br>COLLINS, ZORN & WAGNER, P.C.<br>429 N.E. 50th Street, 2nd Floor<br>Oklahoma City, Oklahoma 73105<br>CJC@czwlaw.com<br>SHF@czwlaw.com<br><br>***Attorney for Defendants Kyle Canaan and Daniel Brown*** |

*s/Robert D. Hoisington*