IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| BRITTANY REID, as Personal Representative of the Estate of MARCONIA LYNN KESSEE,<br><br>    Plaintiff,<br><br>v.<br><br>NORMAN REGIONAL HOSPITAL AUTHORITY d/b/a NORMAN REGIONAL HOSPITAL, a public trust, et al. | Case No. CIV-19-113-SLP |

## NOTICE OF SETTLEMENT

Plaintiff Brittany Reid, as Personal Representative of the Estate of Marconia Lynn Kessee, and Defendant Chris Amason, as Sheriff of Cleveland County, by and through their counsel of record, and hereby notify the Court that the claims brought by Plaintiff against Defendant Chris Amason, as Sheriff of Cleveland County, and this Defendant only, have been settled. The parties are working diligently to prepare the necessary paperwork and a Joint Stipulation of Dismissal will be forthcoming.

Respectfully submitted,

s/ Jessica L. Dark
Robert S. Lafferrandre, OBA No. 11897
Randall J. Wood, OBA No. 10531
Jessica L. Dark, OBA No. 31236
PIERCE COUCH HENDRICKSON
 BAYSINGER & GREEN, L.L.P.
1109 North Francis Avenue
Oklahoma City, Oklahoma 73106
Telephone:    (405) 235-1611
Facsimile:     (405) 235-2904
jdark@piercecouch.com

*Attorneys for Defendants Amason, Gibson, Andrews, Barr, and Shifflett*


s/ Jason M. Hicks
(signed with permission)
Chris Hammons, OBA No. 20233
Jason M. Hicks, OBA No. 22176
Jonathan R. Ortwein, OBA No. 32092
LAIRD, HAMMONS, LAIRD, P.L.L.C.
*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 22nd day of September, 2022, I electronically transmitted this filing to the Clerk of Court using the ECF System for filing and transcmittal of a Notice of Electronic Filing to the following ECF registrants:

| | |
|---|---|
| Chris J. Hammons<br>Jason M. Hicks<br>Jonathan R. Ortwein<br>LAIRD, HAMMONS, LAIRD, P.L.L.C.<br>*Attorneys for Plaintiff* | Rickey J. Knighton, II<br>Jeanne Snider<br>City Attorneys' Office<br>*Attorneys for Defendants,*<br>*City of Norman, Humphrey, Canaan and Brown* |
| Sean P. Snider<br>Austin J. Young<br>Anthony C. Winter<br>JOHNSON, HANAN VOSLER HAWTHORNE & SNIDER<br>*Attorney for Defendants,*<br>*Turn Key Health Clinics, LLC and Rickert* | Chris J. Collins<br>Stacey Haws Felkner<br>COLLINS, ZORN & WAGNER, P.C.<br>*Attorney for Defendants*<br>*Kyle Canaan and Daniel Brown* |

s/Jessica L. Dark
Jessica L. Dark