### IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| BRITTANY REID, as Personal Representative of the Estate of MARCONIA LYNN KESSEE,  )<br><br>Plaintiff, )<br><br>v. )<br><br>NORMAN REGIONAL HOSPITAL AUTHORITY d/b/a NORMAN REGIONAL HOSPITAL, a public trust, et al. )<br><br>Defendants. ) | Case No. CIV-19-113-SLP |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed R. Civ. P. 41(a)(1)(A)(ii), all parties hereby stipulate to the dismissal with prejudice of all claims by the Plaintiff as alleged against Defendant Chris Amason, as Sheriff of Cleveland County. This dismisses all claims against Cleveland County in their entirety. This Stipulation does not impact any of the Plaintiff's claims against any other Defendant. The parties to bear their own attorneys' fees and costs.

Respectfully submitted,

s/ Jessica L. Dark
Robert S. Lafferrandre, OBA No. 11897
Randall J. Wood, OBA No. 10531
Jessica L. Dark, OBA No. 31236
PIERCE COUCH HENDRICKSON
 BAYSINGER & GREEN, L.L.P.
1109 North Francis Avenue
Oklahoma City, Oklahoma 73106
Telephone:   (405) 235-1611
Facsimile:    (405) 235-2904
jdark@piercecouch.com
*Attorneys for Defendants Amason, Gibson, Andrews, Barr, and Shifflett*

s/ Jason M. Hicks
Chris Hammons
Jason M. Hicks
Jonathan R. Ortwein
LAIRD, HAMMONS, LAIRD, P.L.L.C.
*Attorneys for Plaintiff*

s/Rickey J. Knighton
Rickey J. Knighton II
Jeanne Snider
Assistant City Attorneys
City of Norman, Oklahoma
*Attorneys for Defendants,*
*City of Norman, Norman Police*
*Department and Humphrey*

s/ Chris J. Collins
Chris J. Collins
Stacy Felkner
COLLINS, ZORN & WAGNER, P.C.
*Attorney for Defendants*
*Kyle Canaan and Daniel Brown*

2

s/ Austin J. Young<br>
Sean P. Snider<br>
Austin J. Young<br>
JOHNSON, HANAN AND VOSLER<br>
***Attorneys for Defendants,***<br>
***Turn Key Health Clinics, LLC and Rickert***

## CERTIFICATE OF SERVICE

I hereby certify that on September 28, 2021, I electronically transmitted this filing to the Clerk of Court using the ECF System for filing and transcmittal of a Notice of Electronic Filing to the following ECF registrants:

| | |
|---|---|
| Chris J. Hammons<br>Jason M. Hicks<br>Jonathan R. Ortwein<br>LAIRD, HAMMONS, LAIRD, P.L.L.C.<br>*Attorneys for Plaintiff* | Rickey J. Knighton, II<br>Jeanne Snider<br>City Attorneys' Office<br>*Attorneys for Defendants,*<br>*City of Norman, Humphrey, Canaan and Brown* |
| Sean P. Snider<br>Austin J. Young<br>Anthony C. Winter<br>JOHNSON, HANAN VOSLER HAWTHORNE & SNIDER<br>*Attorney for Defendants,*<br>*Turn Key Health Clinics, LLC and Rickert* | Chris J. Collins<br>Stacey Haws Felkner<br>COLLINS, ZORN & WAGNER, P.C.<br>*Attorney for Defendants*<br>*Kyle Canaan and Daniel Brown* |

s/Jessica L. Dark<br>
Jessica L. Dark