IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

**FILED**

OCT 1 2 2022

CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY_____,DEPUTY

BRITTANY REID, as Personal
Representative of the Estate of
MARCONIA LYNN KESSEE,

  Plaintiff,

v.             Case No. CIV-19-113-SLP

NORMAN REGIONAL HOSPITAL,
AUTHORITY d/b/a NORMAN REGIONAL
HOSPITAL, a public trust, et al.,,

  Defendants.

### PATRICIA THOMPSON'S NOTICE THAT SHE IS PROCEEDING PRO SE

COMES NOW Patricia Thompson and makes known to the Court and parties that she is proceeding in the Court proceedings pro se because the law firm she previously hired to represent her in the above matter, Laird Hammons Laird, conspired to have her removed as the personal representative of the estate of her late grandson Marconia Lynn Kessee and now represents the current personal representative and now Plaintiff Brittany Reid.

Dated this 12th day of October, 2022.

*/s/ Patricia Thompson*
Patricia Ann Thompson
5320 N.W. 51st street, Apt. 1
Oklahoma City, Oklahoma 73112
(405) 900-5450

### CERTIFICATE OF MAILING

On this 12trh day of October, 2022, TRUE AND CORRECT COPY OF THE FOREGOING WAS MAILED, TO:

Chris Hammons
1332 S.W. 89th Street
Oklahoma City, Oklahoma 73159

James Thiessen
228 S. Robert S. Kerr
Oklahoma City, Oklahoma 73102

*/s/ Patricia Thompson*
Patricia Thompson