IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA



FILED

OCT 1 9 2022

CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY_____,DEPUTY

BRITTANY REID, as PERSONAL
REPRESENTATIVE of the Estate of
MARCONIA LYNN KESSEE,

    Plaintiff,

v.

NORMAN REGIONAL HOSPITAL
AUTHORITY d/b/a NORMAN
REGIONAL HOSPITAL, a public trust,
et al,

    Defendant.

Case No. CIV-19-113-SLP

### FORMER PLAINTIFF PATRICIA ANN THOMPSON'S OBJECTION TO THE DISMISSAL AND JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

    COMES NOW Patricia Ann Thompson, former Plaintiff, and hereby submits her objection to the dismissal and "Joint Stipulation of Dismissal With Prejudice" of Defendants Chris Amason, as Sheriff of Cleveland County and Cleveland County. In support of this objection she shows:

    1.  On July 7, 2022, the Court removed Patricia Ann Thompson as the Plaintiff in the lawsuit replacing her with the current Plaintiff Brittany Reid.

    2.  The request for Plaintiff to be removed from the lawsuit was filed by former Plaintiff's own attorneys that she hired to file the lawsuit, the law firm of Laird Hammons Laird, who was fired on June 28, 2022.

    3.  Former Plaintiff Thompson recently discovered that Defendants Chris Amason and Cleveland County issued a "Joint Stipulation of Dismissal With Prejudice," (Doc. 407), filed September 28, 2022, dismissing themselves from the lawsuit.

    4.  The former Plaintiff Thompson submits that the matter of whether or not she was rightfully and legally removed as the Plaintiff in the above matter has not been settled yet and therefore the Court is

without authority to accept this dismissal without her giving consent, nor are these Defendants legally allowed to dismissed from the lawsuit.

5. Additional attorney Chris Hammons and the law firm of Laird Hammons Laird has just entered an appearance in violation of former Patricia Thompson's fundamental right to due process as the entry of appearance presences a conflict of interest since the law firm of Laird Hammons Laird were formerly hired and fired by her to file this lawsuit. Chris Hammons therefore has no authority to stipulate to the dismissal.

6. Upon discovery that Chris Hammons has entered his appearance in the lawsuit former Plaintiff Thompson will be filing a complaint with the Oklahoma Bar Association for his knowing, reckless and wanton immoral conduct. Additionally, attorney Hammons and firm's behavior directly violates his duty to act responsibly and in a non-bias manner in accordance with the mandatory language written in Oklahoma's Code of Professional Conduct. The Code is a set of rules governing the behavior of specific groups, such as lawyers, government employees, or corporate employees.

7. Mr. Hammons only interest in this case is driven by greed and the thirst for money. He cares nothing about the family of Marconia Lynn Kessee getting justice for his wrongful death.

Wherefore, premises considered, former Plaintiff Patricia Ann Thompson objects to the proposed dismissal of Defendants Chris Amason and Cleveland and the matter should be held in abeyance until after the Court has decided whether or not the removal of Patricia Thompson (Doc. 397) as the Plaintiff in this lawsuit was appropriate.

Respectfully submitted,

*Patricia Thompson*
Patricia Ann Thompson
3520 N.W. 51st, Apt. 1
Oklahoma City, Oklahoma 73112
(405) 524-2446

**CERTIFICATE OF SERVICE**

Sean Synder
Austin J. Young
Anthony C. Winter
Attorneys for Defendants,
Turn Key Heath Clinics, LLC
and Rickert

Chris Hammons
Jason M. Hicks
Jonathan
Attorneys for Plaintiff

Chris Collins
Stacey Haws Felkner
Attorneys for Defendants
Kyle Canaan and Daniel Brown

Rickey J. Knighton, II
Jeanne Snider
City Attorney's Office
Attorneys for Defendants
City of Norman, Humphrey,
Canaan and Brown

Patricia Ann Thompson