IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **PATRICIA THOMPSON**, as personal representative of the **ESTATE OF MARCONIA LYNN KESSEE,**<br><br>Plaintiff,<br><br>v.<br><br>**NORMAN REGIONAL HOSPITAL AUTHORITY d/b/a NORMAN REGIONAL HOSPITAL, et. al.**<br><br>Defendants. | **Case No. CIV-19-113-SLP** |

## NOTICE OF SETTLEMENT

Plaintiff Brittany Reid, as Personal Representative of the Estate of Marconia Lynn Kessee, and Defendants Turn Key Health Clinics, LLC and Clayton Rickert, by and through their counsel of record, and hereby notify the Court that the claims brought by Plaintiff against Defendants Turn Key Health Clinics, LLC and Clayton Rickert, and these Defendants only, have been settled. The parties are working diligently to prepare the necessary paperwork and a Joint Stipulation of Dismissal will be forthcoming.

1

Respectfully submitted,

S/CHRIS HAMMONS
Chris Hammons, OBA #20233
Jason Hicks, OBA# 22176
Jonathan Ortwein, OBA# 32092
LAIRD HAMMONS LAIRD, PLLC
1332 SW 89th St.
Oklahoma City, OK 73159
Telephone:    405.703.4567
Facsimile:    405.703.4061
E-mail:       chris@lhllaw.com
              jason@lhllaw.com
              jonathan@lhllaw.com
ATTORNEY FOR PLAINTIFF


S/ALEXANDRA AH LOY
Alexandra G. Ah Loy, OBA #31210
SWEET DEWBERRY HUBBARD, PLC
24 West Park Place
Oklahoma City, Oklahoma 73103
(405) 601-9400 Office
(405) 601-9444 Facsimile
allie@sdh.law

ATTORNEY FOR DEFENDANTS, TURN KEY HEALTH CLINICS, LLC AND CLAYTON RICKERT

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 23, 2023, I filed the attached document with the Clerk of Court. Based on the records currently on file in this case, the Clerk of Court will transmit a Notice of Electronic Filing to those registered participants of the Electronic Case Filing System.

S/CHRIS HAMMONS
CHRIS HAMMONS
